CINDY M. RUCKER (SBN 272465)
cmekari@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
Telephone: (323) 987-3356
Facsimile:  (205) 254-1999

Attorney for Defendants
AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY, | Case No. : |
| Plaintiff, | **COMPLAINT IN INTERPLEADER** |
| v. | |
| LINDA URATA, an individual, KEITH URATA, an individual, and LORI EDWARDS, an individual, | |
| Defendants. | |

Plaintiff Aetna Life Insurance Company ("Aetna") hereby files this Complaint in Interpleader which alleges the following regarding the above named defendants as follows:

## JURISDICTION AND VENUE

1.      This is an interpleader action of a civil nature over which this Court has subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 22 and 28 U.S.C. § 1331 (federal question), in that this matter relates to an employee welfare benefit plan regulated by the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1001 *et seq*. and, as such, arises under the laws of the United States and therefore raises a federal question.  This Court's original jurisdiction is therefore founded upon 29 U.S.C. § 1132(e)(1).

2.     Venue is proper in this district because it is the judicial district in which one of the Defendants resides or may be found.

**THE PARTIES**

3.     Aetna, the Interpleader-Plaintiff, is a life insurance company which is a citizen of the State of Connecticut, having been organized under the laws of the State of Connecticut and having its principal place of business located in Hartford, Connecticut.  Aetna is duly licensed to do business in the State of California.

4.     Upon information and belief, Defendant Linda Urata is an individual, and is a citizen and resident of the State of California, County of Placer.

5.     Upon information and belief, Defendant Keith Urata is an individual, and is a citizen and resident of the State of California, County of Sacramento.

6.     Upon information and belief, Defendant Lori Edwards is an individual, and is a citizen and resident of the State of California, County of El Dorado.

**CAUSE OF ACTION IN INTERPLEADER**

7.     Aetna issued Group Policy No. GP-809843-GI ("the Policy") to Performance Food Group, Inc. ("Performance Food")), which funded the basic life insurance portion of the Performance Food Group, Inc. Employee Benefits Plan, an employee welfare benefit plan governed by ERISA (the "Plan").  The Policy is attached hereto as Exhibit "A."  The Policy funded life insurance benefits for eligible participants.

8.     Darrell Urata was an employee of Performance Food and was a participant in the Plan. Darrell Urata applied for and was eligible for $54,000 in Life Insurance benefits.

9.     The Policy provides, in relevant part, with respect to beneficiaries of the life insurance policies:

> A beneficiary is the person you designate to receive life benefits if you should die while you are covered. You may name anyone you wish as your beneficiary. You may name

**COMPLAINT IN INTERPLEADER**

more than one beneficiary. You will need to complete a beneficiary designation form, which you can get from your employer.

…

You may change your beneficiary choice at any time by completing a new beneficiary designation form. Send the completed form to your employer or to Aetna. The beneficiary change will be effective on the date you sign a new beneficiary designation form.

Prior to your death, you are the only person who can name or change your beneficiary. No other person may change your beneficiary on your behalf, including, but not limited to, any agent under power of attorney, whether durable or nondurable, or other power of appointment.

Aetna pays life insurance benefits in accordance with the beneficiary designation it has on record.

10.     At the time of the original inception of coverage under the Policy for Darrell Urata, he identified Linda Urata, his spouse, as a primary beneficiary of 100% of the basic life insurance benefits available under the Policy and Cole Urata and Jake Urata, Darrell Urata's children, as contingent beneficiaries of 50% each of the basic life insurance benefits available under the Policy.

11.     On June 4, 2018, Darrell Urata changed his beneficiary designation.  He removed Linda Urata as the primary beneficiary and added Lori Edwards, his sister, and Keith Urata, his brother, as primary beneficiaries of 50% each of the basic life insurance benefits available under the Policy. A true and correct copy of the screenshot of Darrell Urata's beneficiary changes is attached hereto as Exhibit "B."

12.     On July 2, 2018, Darrell Urata passed away.  A true and correct copy of Darrell Urata's Certificate of Death is attached hereto as Exhibit "C."

13.     On August 1, 2018, Linda Urata wrote to Aetna contesting the beneficiary designation of the Policy.  She stated that Darrell Urata wrongfully changed his beneficiary designation of the Policy in violation of a family court restraining order. She requested that Aetna hold the funds until the beneficiary dispute was resolved.

14.     On September 5, 2018, Counsel for Linda Urata wrote to Aetna stating that Darrell Urata and Linda Urata were still legally married at the time of his passing, and that Linda Urata's

mother-in-law requested that the death certificate state that the two were divorced, even though no divorce decree was entered. Linda Urata, through counsel, further advised that they started the dissolution proceedings, but the divorce was not finalized at the time of Darrell Urata's passing. She further indicated that under the terms of the Superior Court, no assets were to be transferred while the proceedings were in process and that the divorce process was never finalized before the alleged change of beneficiary for the Policy.   She also advised Aetna that she was working on getting a corrected certified death certificate, and attached a copy of the form requesting changes to his death certificate and a copy of the summons of her divorce proceeding.   A true and correct copy of the September 5, 2018 letter and supporting documents are attached as Exhibit "D."

15.     On October 12, 2018, Linda Urata wrote to Aetna contesting the payout of the Policy.

16.     On October 26, 2018, Aetna wrote to Keith Urata that it was currently reviewing his claim and that there was currently another party who was making a claim for the funds. A true and correct copy of the October 26, 2018 letter is attached as Exhibit "E."

17.     On October 26, 2018, Aetna wrote to Linda Urata that it was currently reviewing her claim. A true and correct copy of the October 26, 2018 letter is attached as Exhibit "F."

18.     On October 31, 2018, Aetna wrote to Linda Urata, through counsel, denying her claim for benefits.  Aeta advised that it was in receipt of her September 5, 2018 and October 12, 2018 letters requesting payment be made to her since it was court ordered that Darrell Urata not change his beneficiary.   However, Aetna advised that the court order was not specific to the life insurance benefits under the Policy. Aetna further stated that it must pay benefits to the named beneficiary(s) per the terms of the Policy. Since the court order was not specific to the Policy and Linda Urata was not the named beneficiary, Aetna denied Linda Urata's request for payment.  Aetna advised Linda Urata of her appeal rights under ERISA. A true and correct copy of the October 31, 2018 letter is attached as Exhibit "G."

**COMPLAINT IN INTERPLEADER**

19.     On December 13, 2018, Linda Urata, through counsel, appealed Aetna's decision.  She stated that California Family Code Section 2040 provides that the summons restrain both parties from changing the beneficiaries of any insurance of other coverage, including life insurance coverage. She stated that according to the divorce court's file, the divorce petition (which was filed on or about November 3, 2018) was not dismissed and no final judgment was issued prior to Darrell Urata's death on July 2, 2018.  She further stated that Darrell Urata changed his beneficiary designation naming her as the primary beneficiary to Keith Urata between November 3, 2016 to July 2, 2018, in violation of California law.  She requested that the life insurance funds be distributed to her. A true and correct copy of the December 13, 2018 letter is attached as Exhibit "H."

20.     On February 8, 2019, Linda Urata followed up on Aetna's decision.

21.     On April 22, 2019, Lori Edwards and Keith Urata, through counsel, wrote to Aetna. They stated that Aetna, as a holder of the Policy, which is a non-probate transfer under Cal. Probate Code section 5000(a), may transfer the proceeds of the life insurance policy that satisfies the terms of Policy.  They indicated that they were aware that an illegitimate claim has been made by the non-named beneficiary estranged spouse of Darrell Urata, Linda Urata and contested that Linda Urata should not receive any payment by Aetna for the Policy.  They also argued that California Law is clear that it allows a life insurance company to pay out to the named beneficiaries regardless if the payment is consistent with the rights of the individuals named as the beneficiary.  A true and correct copy of the April 22, 2019 letter is attached as Exhibit "I."

22.     As demonstrated herein, including the supporting exhibits attached to this pleading, each of the Defendants is claiming that they are entitled to receive payment of the benefits to the Policy, and each has made demands for payment under Policy.

23.     Aetna has a good faith concern of multiple adverse and conflicting claims as to the Policy proceeds, which it merely desires to pay to the proper beneficiary or beneficiaries.

**COMPLAINT IN INTERPLEADER**

24.     Defendants' claims are such that the Plaintiff is or may be exposed to multiple liabilities, rendering interpleader proper under Federal Rule of Civil Procedure 22.

25.     At the present time, Aetna is unaware of the identity of any other potential beneficiaries of the benefits at issue, but Aetna will take any action that the Court directs to name appropriate additional defendants.

26.     Aetna, as a mere stakeholder, has no interest in the Policy benefits payable and respectfully requests that this Court determine to whom said Policy benefits should be paid.

27.     Aetna accordingly will deposit into the Registry of the Court the total Policy benefits, in the amount of $54,000 plus interest which are due and owing in accordance with the terms of the Policy for disbursement pursuant to the judgment of this Court.

28.     Because of the institution of this civil action and the possible conflicting and adverse claims being asserted, Plaintiff has been required to employ counsel to file this civil action, and for such purposes obligated itself to pay said counsel a reasonable fee for their attorney services and has incurred court costs and expenses incident to this action. Plaintiff further advises that it is entitled to be paid or reimbursed and recover from the proceeds of this Policy, which will be deposited into the Registry of the Court.

**PRAYER FOR RELIEF**

1.     That the Court find that it has jurisdiction over this matter and the parties under ERISA;

2.     That the Court declare the rights and liabilities of the parties;

**COMPLAINT IN INTERPLEADER**

3.      That, pursuant to 28 U.S.C. § 2361, the Defendants be restrained from instituting or prosecuting any proceeding in any State or United States court affecting the Policy benefits involved in this interpleader until further order of the Court;

4.      That the Defendants be required to interplead and settle between themselves their respective rights to the benefits due under the Policy and Plan;

5.      That Aetna recover its costs and attorney fees incurred in instituting this action;

6.      Permitting Aetna to deposit the amount of said Policy benefits, together with applicable interest, if any, into the Registry of this Court;

7.      That Aetna be discharged and released from any and all further liability under the Policy and Plan as to each Defendant and any persons claiming by, through or under them, and that Aetna be dismissed with prejudice from all further proceedings in this action; and

8.      For such other and further relief as the Court deems just and proper.

DATED: May 20, 2019                                        MAYNARD, COOPER & GALE, LLP


                                                           */s/  Cindy M. Rucker*
                                                           Cindy M. Rucker
                                                           Attorney for Defendant
                                                           Aetna Life Insurance Company

7

**COMPLAINT IN INTERPLEADER**

# EXHIBIT A

(Page 3 of 48)

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE   2/048   Fax Server

# BENEFIT PLAN

**What Your Plan Covers and How Benefits are Paid**

**Prepared Exclusively For
Performance Food Group, Inc.**

**Full-time Employees**

**Life Insurance, Accidental Death &
Dismemberment, Supplemental Life
Insurance, Supplemental Accidental Death &
Dismemberment, Supplemental Dependent
Life Insurance**

**Aetna Life Insurance Company
Booklet-Certificate**

This Booklet-Certificate is part of the Group Insurance Policy
between **Aetna** Life Insurance Company and the Policyholder



DCN: 181026099966  TimeStamp: 03:03:52 pm EST

# Table of Contents

Schedule of Benefits ................................................................................................................ Issued with Your Booklet

Preface ..........................................................................1
Important Information Regarding Availability of
Coverage .....................................................................2
Coverage for You and Your Dependents ..............2
Life Insurance Coverage...........................................2
Accidental Death and Personal Loss Coverage....2
**Eligibility, Enrollment and Effective Date of Your**
**Coverage ......................................................................3**
Who is Eligible .........................................................3
Employees .............................................................3
Determining if You Are in an Eligible Class.........3
Obtaining Coverage for Dependents ....................4
How and When to Enroll...........................................4
Enrollment.............................................................4
Evidence of Good Health.......................................5
When Your Coverage Begins....................................5
Your Effective Date of Coverage...........................5
Your Dependent's Effective Date of Coverage ...5
**Your Life Insurance Plan....................................6**
How the Plan Works...................................................6
Naming Your Beneficiary.........................................6
Conversion Benefit....................................................7
Permanent and Total Disability Benefit................7
Permanently and Totally Disabled........................7
Qualifying for the Permanent and Total Disability
Benefit ........................................................................7
Amount of Benefit Payable......................................8
When the Permanent and Total Disability Benefit
Cease..........................................................................8
Extended Death Benefit...........................................8
Accelerated Death Benefit.......................................9
The Amount of Accelerated Death Benefit ..........9
Requesting an Accelerated Death Benefit ............9
Accelerated Death Benefit Payment....................10
Effect of an Accelerated Death Benefit Payment
on: ...........................................................................10
Reductions in ADB Benefits Due to Age or
Retirement ...............................................................10
Claims of Creditors ................................................10
Tax Consequences...................................................11
Dependent Life Insurance.......................................11
Life Insurance Portability........................................11
Eligibility Criteria...................................................11
Electing Coverage....................................................12
Portability Effective Date.......................................12
Features of the Portable Life Insurance...............12
Age Reductions.......................................................13
Accidental Death Benefit.......................................13
Permanent and Total Disability Feature...............13
Accelerated Death Benefit ......................................14
Premium and Billing Charges ...............................14

Termination of Coverage.......................................14
**Your Accidental Death and Personal Loss**
**Coverage.....................................................................15**
How the Plan Works ...............................................15
Covered Losses......................................................15
Accidental Death and Personal Loss Benefit
Payable....................................................................16
Third Degree Burn Benefit....................................18
Total Disability Death Benefit ..............................18
Additional Benefits under the Accidental Death and
Personal Loss Plan ...................................................18
Passenger Restraint and Airbag Benefit ..............19
Education Benefit....................................................19
Child Care Benefit..................................................21
Repatriation of Remains.........................................22
Monthly Hospital Benefit ......................................22
Medical Coverage Funding Benefit......................23
Felonious Assault Benefit......................................24
Rehabilitation Training Benefit.............................24
Adaptive Home and Vehicle Benefit....................25
Exclusions That Apply to Accidental Death and
Personal Loss .............................................................26
Changes to Your Coverage Amounts ...................26
Changes in Contributory Coverage......................27
Change in Dependent's Coverage .........................28
When Life and Accidental Death and Personal Loss
Insurance Coverage Amounts are Reduced.........28
Age Reduction Rules ..............................................28
When You Retire.....................................................28
When Coverage Ends...............................................28
When Coverage Ends For Employees ..................28
When Coverage Ends for Dependents...................29
Continuation of Coverage.......................................29
Handicapped Dependent Children ........................29
Converting to an Individual Life Insurance Policy
...................................................................................30
Eligibility..................................................................30
Features of the Conversion Policy........................30
Your Premiums and Payments ..............................31
Electing Conversion ...............................................31
When An Individual Policy Becomes Effective.31
Impact of Death during Conversion Application
Timeframe................................................................31
If You Are Totally Disabled...................................31
**General Provisions ............................................ 32**
Legal Action .............................................................32
Confidentiality..........................................................32
Additional Provisions ..............................................32
Assignments ............................................................32
Claims of Creditors .................................................32
Misstatements ..........................................................33

DCN: 181026099966   TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE    4/048    Fax Server

Incontestability ..........................................................33

Reporting of Claims ..................................................33

Reporting of Accidental Death & Personal Loss
Claims ......................................................................33

Reporting of Life Insurance Claims .....................33

Payment of Benefits .................................................33

Contacting Aetna........................................................34

Effect of Prior Coverage - Transferred Business 34

Glossary *........................................................... 36

*Defines the Terms Shown in Bold Type in the Text of This Document.

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

## Preface *(GR-9N-02-005-01 VA)*

Aetna Life Insurance Company (ALIC) is pleased to provide you with this *Booklet-Certificate*. Read this *Booklet-Certificate* carefully. The plan is underwritten by Aetna Life Insurance Company of Hartford, Connecticut (referred to as **Aetna**).

This *Booklet-Certificate* is part of the *Group Insurance Policy* between Aetna Life Insurance Company and the Policyholder. The *Group Insurance Policy* determines the terms and conditions of coverage. **Aetna** agrees with the Policyholder to provide coverage in accordance with the conditions, rights, and privileges as set forth in this *Booklet-Certificate*. The Policyholder selects the products and benefit levels under the plan. A person covered under this plan and their covered dependents are subject to all the conditions and provisions of the *Group Insurance Policy*.

The *Booklet-Certificate* describes the rights and obligations of you and **Aetna**, what the plan covers and how benefits are paid for that coverage. It is your responsibility to understand the terms and conditions in this *Booklet-Certificate*. Your *Booklet-Certificate* includes the *Schedule of Benefits* and any amendments or riders.

If you become insured, this *Booklet-Certificate* becomes your *Certificate of Coverage* under the *Group Insurance Policy*, and it replaces and supersedes all certificates describing similar coverage that **Aetna** previously issued to you.

Group Policyholder:              Performance Food Group, Inc.
Group Policy Number:          GP-809843-GI
Effective Date:                    January 1, 2015
Issue Date:                        September 29, 2015
Booklet-Certificate Number:   4

Mark T. Bertolini
Chairman, Chief Executive Officer and President

Aetna Life Insurance Company
   (A Stock Company)

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

### Important Information Regarding Availability of Coverage *(GR-9N-02-005-02 VA)*

No services are covered under this *Booklet-Certificate* in the absence of payment of current premiums subject to the *Grace Period* and the *Premium* section of the *Group Insurance Policy*.

Unless specifically provided in any applicable termination or continuation of coverage provision described in this *Booklet-Certificate* or under the terms of the *Group Insurance Policy*, the plan does not pay benefits for a loss or claim for a health care, medical or dental care expense incurred before coverage starts under this plan.

This plan will not pay any benefits for any claims, or expenses incurred after the date this plan terminates.

This provision applies even if the loss, or expense, was incurred because of an **accident**, **injury** or **illness** that occurred, began or existed while coverage was in effect.

Please refer to the sections, *"Termination of Coverage (Extension of Benefits)"* and *"Continuation of Coverage"* for more details about these provisions.

Benefits may be modified during the term of this plan as specifically provided under the terms of the *Group Insurance Policy* or upon renewal. If benefits are modified, the revised benefits (including any reduction in benefits or elimination of benefits) apply to any expenses incurred for services or supplies furnished on or after the effective date of the plan modification. There is no vested right to receive any benefits described in the *Group Insurance Policy* or in this *Booklet-Certificate* beyond the date of termination or renewal including if the service or supply is furnished on or after the effective date of the plan modification, but prior to your receipt of amended plan documents.

This Booklet-Certificate describes a medical plan of your Employer. However, you will only be considered to be enrolled in the plan(s) which you have elected and for which you have agreed to make contributions. Disregard the plan information for which you have not enrolled or agreed to make contributions.

Although other benefits may be described in your Booklet-Certificate, only the benefits outlined in this Booklet-Certificate for the plan in which you are enrolled apply to you and your eligible dependents.

## Coverage for You and Your Dependents *(GR-9N-02-005-01 VA)*

### Life Insurance Coverage *(GR-9N-02-015-01)*

A benefit is payable if you lose your life or a covered dependent loses his or her life while coverage is in effect. Please refer to the *Life Insurance* and *Life Insurance For Your Dependents* sections for more details about covered losses.

### Accidental Death and Personal Loss Coverage *(GR-9N-02-015-01)*

A benefit is payable for certain losses if both of the following occur while your coverage is in effect:

- You are involved in an **accident**; and
- You suffer a bodily **injury** as a direct result of the **accident**.

Please refer to the *Accidental Death and Personal Loss* section for more details about covered losses.

GR-9N                                   2

# Eligibility, Enrollment and Effective Date of Your Coverage
*(GR-9N-29-005-02 VA)*

**Who Can Be Covered**

**How and When to Enroll**

**When Your Coverage Begins**

Throughout this section you will find information on who can be covered under the plan, how to enroll and what to do when there is a change in your life that affects coverage. In this section, 'you', 'your' and 'yours' means you and your covered dependents to whom this *Booklet-Certificate* is issued and whose insurance is in force under the terms of this group insurance policy.

## Who is Eligible

Your employer determines the criteria that are used to define the eligible class for coverage under this plan. Such criteria are based solely upon the conditions related to your employment. **Aetna** will rely upon the representation of the employer as to your eligibility for coverage under this plan and as to any fact concerning such eligibility.

### Employees
You are eligible for coverage under this plan if you are **actively at work** and:

- You are in an eligible class, as defined below;
- You have completed any probationary period required by the policyholder; and
- You have reached your eligibility date.

### Determining if You Are in an Eligible Class *(GR-9N-29-005-02 VA)*
You are in an eligible class if:

- You are a regular full-time employee, as defined by your employer.

In addition, to be in an eligible class you must be scheduled to work on a regular basis at least 30 hours per week during your Employer's work week.

### Probationary Period *(GR-9N-29-005-02 VA)*
Once you enter an eligible class, you will need to complete the probationary period before your coverage under this plan begins.

### Determining When You Become Eligible
You become eligible for the plan on your eligibility date, which is determined as follows.

#### On the Effective Date of the Plan
If you are in an eligible class on the effective date of this plan, and you had previously satisfied the plan's probationary period, your coverage eligibility date is the effective date of this plan. If you are in an eligible class on the effective date of this plan, but you have not yet satisfied the plan's probationary period, your coverage eligibility date is the first day of the month coinciding with or next following the date you complete 60 days of continuous full-time service with your employer. This is defined as the probationary period. If you had already satisfied the probationary period before you entered the eligible class, your coverage eligibility date is the date you enter the eligible class.

GR-9N                                           3

**After the Effective Date of the Plan**

If you are hired or enter an eligible class after the effective date of this plan, your coverage eligibility date is the first day of the month coinciding with or next following the date you complete 60 days of continuous full-time service with your employer. This is defined as the probationary period. If you have already satisfied the probationary period before you entered the eligible class, your coverage eligibility date is the date you enter the eligible class.

## Obtaining Coverage for Dependents *(GR-9N 29-010)*

Your dependents can be covered under your plan. You may enroll the following dependents:

- Your legal spouse; or
- Your domestic partner who meets the rules set by your employer; and
- Your dependent children; and
- Dependent children of your domestic partner.

**Aetna** will rely upon your employer to determine whether or not a person meets the definition of a dependent for coverage under the plan. This determination will be conclusive and binding upon all persons for the purposes of this plan.

### Coverage for Domestic Partner

To be eligible for coverage, you and your domestic partner will need to complete and sign a Declaration of Domestic Partnership.

### Coverage for Dependent Children *(GR-9N 29-010-06 VA)*

To be eligible for coverage, a dependent child must be under 26 years of age.

An eligible dependent child includes:

- Your biological children;
- Your stepchildren;
- Your legally adopted children;
- Any children for whom you are responsible under court order;
- Your grandchildren in your court-ordered custody; and
- Any other child who lives with you in a parent-child relationship.

Coverage for a handicapped child may be continued past the age limits shown above. See *Handicapped Dependent Children* for more information.

**Important Reminder**

Keep in mind that you cannot receive coverage under this Plan as:

- Both an employee and a dependent; or
- A dependent of more than one employee.

# How and When to Enroll *(GR-9N 29-015 02 VA)*

## Enrollment

You will be provided with plan benefit and enrollment information when you first become eligible to enroll. You will need to enroll in a manner determined by **Aetna** and your employer. To complete the enrollment process, you will need to provide all requested information for yourself and your eligible dependents including any evidence of good health. You will also need to agree to make required contributions for any contributory coverage. Your employer will determine the amount of your plan contributions, and will advise you of the required amount. Your contributions will be deducted from your pay. Remember plan contributions are subject to change.

You will need to enroll no later than your eligibility date.

GR-9N                                          4

For Dependent Life Insurance and Accidental Death and Personal Loss Coverage, newborns are automatically covered until the 31st day after birth. To continue coverage after 31 days, you will need to complete a change form and return it to your employer within the 31-day enrollment period.

### Evidence of Good Health *(GR-9N 29-015-02)*

You must provide evidence of good health that is satisfactory to **Aetna** if:

- You request to enroll more than 60 days after your eligibility date.

If you are required to submit evidence of good health, you must:

- Complete and sign a health and medical history form provided by **Aetna**;
- Submit to a medical examination, if requested;
- Provide any additional information that **Aetna** may require including attending **physician's** statements; and
- Furnish all such evidence at your own expense.

## When Your Coverage Begins *(GR-9N-29-025-01 VA*

### Your Effective Date of Coverage

Your coverage takes effect on the later of:

- The date you are eligible for coverage; and
- The date you return your completed enrollment information; and
- The date any required evidence of good health is approved by Aetna; and
- The date your required contribution is received by **Aetna**.

Active Work Rule: If you happen to be ill or injured and away from work on the date your coverage would take effect, the coverage will not take effect until you return to full-time work for one full day. This rule also applies to an increase in your coverage.

### Your Dependent's Effective Date of Coverage

Your dependent's coverage takes effect on the same day that your coverage becomes effective, if you have enrolled them in the plan by then.

**Note**: New dependents need to be reported to **Aetna** within 31 days because they may affect your contributions.   If you do not report a new dependent within 31 days of his or her eligibility date, evidence of good health may be required.

GR-9N                                            5

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM   PAGE   10/048    Fax Server

# Your Life Insurance Plan
*(GR-9N 03-005 01-VA)*

> **Naming Your Beneficiary**
>
> **Benefit Payments**
>
> **Changing Your Elections**

Life insurance is an important component of your financial planning. The Life Insurance Plan pays a benefit to your beneficiary if you die while covered by the plan. Refer to the *Schedule of Life Insurance Benefits* for information about the plan's benefit. This section will help you understand the following:

- Naming a Beneficiary
- Payment of Benefits
- How to convert your coverage, and
- How to change coverage amounts

## How the Plan Works *(GR-9N 03-005 01)*

### Naming Your Beneficiary
(This beneficiary provision also applies if you die and are covered for Accidental Death and Personal Loss Coverage.)

A beneficiary is the person you designate to receive life benefits if you should die while you are covered. You may name anyone you wish as your beneficiary. You may name more than one beneficiary. You will need to complete a beneficiary designation form, which you can get from your employer.

If you name more than one primary beneficiary, the life insurance benefits will be paid out equally unless you stipulate otherwise on the form. If you name more than one primary beneficiary and the amount or percentage of the payment to your primary beneficiaries does not equal 100% of your life insurance amount, the difference will be paid equally to your named primary beneficiaries.

You may change your beneficiary choice at any time by completing a new beneficiary designation form. Send the completed form to your employer. The beneficiary change will be effective on the date you sign a new beneficiary designation form.

Prior to your death, you are the only person who can name or change your beneficiary. No other person may change your beneficiary on your behalf, including, but not limited to, any agent under power of attorney, whether durable or non-durable, or other power of appointment.

**Aetna** pays life insurance benefits in accordance with the beneficiary designation it has on record. Any payment made before **Aetna** receives your request for a beneficiary change will be made to your previously designated beneficiary. **Aetna** will be fully discharged of its duties as to any payment made, if the payment is made before **Aetna** receives notification of a change in beneficiary.

### If Your Beneficiary Dies Before You
If one of your named primary beneficiaries dies before you, his or her share will be payable in equal shares to any other named primary beneficiaries who survive you. If you have named a contingent beneficiary, your contingent beneficiary will only be paid if all primary beneficiaries die before you.

If you have not named a primary or contingent beneficiary, or if the person you have named dies before you, payment will be made as follows to those who survive you:

- Your spouse or domestic partner, if any.
- If there is no spouse or domestic partner, in equal shares to your children.

GR-9N                                                    6

- If there is no spouse; or domestic partner or you have no children, to your parents, equally or to the survivor.
- If there is no spouse; or domestic partner, or you have no children, or parents, in equal shares to your brothers and sisters.
- If none of the above survives, to your executors or administrators.

### If Your Beneficiary Is a Minor
The method of payment will differ if your beneficiary is:

- A minor; or
- Legally unable to give a valid release for payment of any Life Insurance benefit, in **Aetna**'s opinion.

**Aetna** will issue (as permitted by applicable state law) the life insurance payment to:

- The guardian of your beneficiary's estate; or
- The custodian of the beneficiary's estate under the Uniforms Transfer to Minors Act; or
- An adult caretaker/legal guardian.

**Aetna** will be fully discharged of its duties as to the extent of the payment made. **Aetna** is not responsible for how the payment is used.

### Conversion Benefit (GR-9N-03-010-01)
A life conversion option may be available without a medical exam if you apply for it within 31 days of your loss of eligibility under the plan. For more information about the conversion provision, refer to the *Conversion* section.

# Permanent and Total Disability Benefit (GR-9N-03-035-01)

In the event you become disabled as the result of a disease or **injury**, you may be eligible for a permanent and total disability benefit if **Aetna** determines that you are permanently and totally disabled. You will not have to make any further contributions for life insurance coverage, and your employer will not have to make premium payments on your behalf.

**If you were insured for any Accidental Death and Personal Loss Coverage, that coverage ends on the date this section applies to your Life Insurance coverage. If you were insured for Dependent Life Insurance, you will have the option to convert their coverage when this section applies to you.**

### Permanently and Totally Disabled
You will be considered permanently and totally disabled under this plan if disease or **injury** prevents you from:

- Working at your own job or any other job for pay or profit; and
- Being able to work at any reasonable job. A "reasonable job" is any job for pay or profit which you are, or may reasonably become, qualified for by education, training, or experience.

### Qualifying for the Permanent and Total Disability Benefit (GR-9N-03-040-01)
You must meet **all** of the following criteria to qualify for this benefit:

- You must be insured under this plan when you stop active work due to your disease or **injury**;
- You must be under age 60 when you stop active work; and;
- You must be absent from active work for 6 consecutive months without interruption.

Stopping active work means the date you are no longer physically at your job performing the duties of your job.

You must give **Aetna** a written notice of claim for this extended benefit. **Aetna** must receive your notice within 12 months from the date you stop active work. If your written notice is not received within 12 months of the date you stop active work, you will not be eligible for this benefit extension.

GR-9N                                                     7

You must furnish proof of your permanent and total disability upon request by Aetna. Aetna also has the right to have a physician examine you, at no cost to you. Aetna will use the information to help determine if you are permanently and totally disabled.

## Amount of Benefit Payable

Your extended benefit will be equal to the amount you were insured for on the date your permanent and total disability began, however, coverage will be reduced as described in the section called *"When Life Insurance Coverage Amounts are Reduced."*

## When the Permanent and Total Disability Benefit Ceases *(GR-9N 03-050 01)*

This benefit extension will stop when the first of the following occurs:

- The date **Aetna** sends you a request (at the most recent address in its records) for:
  - An exam or proof that you are still permanently and totally disabled; and
  - You do not go for the exam or provide proof of your continued disability within 31days of that date.
- The date you are able to work at any reasonable job;
- The date you begin working at any job for pay or profit;
- The date you reach age 65.

After your insurance has been extended continuously for 2 years, **Aetna** will not require an exam or proof more than once in a 12 month period.

You will be eligible to convert to an individual life insurance policy, as if your employment had ended, when this benefit extension ceases. Refer to the *Conversion* section for more details. However, if you become eligible for life insurance under any group policy within 31 days this benefit extension ceases, conversion is not allowed.

## Extended Death Benefit *(GR-9N 03-060 01)*

**Aetna** will pay your beneficiary the amount of life insurance that may be extended under the permanent and total disability feature. Your beneficiary must give **Aetna** proof that all of the following apply:

- Your life insurance premium payments ended while you were absent from work due to disease or **injury** and before **Aetna** received your written notice of claim for the permanent and total disability benefit;
- You were continuously absent from active work until the time of your death;
- Your death occurred no later than 12 months after premium payments stopped;
- You would have qualified for the permanent and total disability benefit except that:
  - You were not absent from work for 6 consecutive months without interruption; or
  - **Aetna** had not yet received or approved your claim for the permanent and total disability benefit.

Your beneficiary must give **Aetna** written notice of your death within 12 months of your death. If **Aetna** does not receive the notice, **Aetna** will not be obligated to pay this benefit.

When **Aetna** approves a claim for any benefit under this feature, the benefit will be in full settlement and satisfaction of **Aetna**'s obligations. After you cease active work with your employer due to disease or **injury**, you must ensure that **Aetna** and your employer have current beneficiary information on file. If current beneficiary information is not sent to **Aetna** in writing, and, your employer has discontinued the Plan with **Aetna**, **Aetna** will have the right to rely on the most recent beneficiary information that **Aetna** has on file at the time of claim and will be fully discharged of its duties as to any payment made.

If you have an individual policy that was issued to you under the conversion privilege, your rights under this section may be restored only if you give up your conversion policy and do not make a claim for benefits under the conversion policy. Any premium already paid for the conversion policy will be returned to your beneficiary, minus any dividends or outstanding loans, on surrender of this policy.

GR-9N                                      8

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM   PAGE  13/048    Fax Server

## Accelerated Death Benefit <small>(GR-9N 03-075 01)</small>

The plan's Accelerated Death Benefit feature allows you to receive a partial life insurance benefit if you, your spouse or your domestic partner are:

- Diagnosed with a **terminal illness** and not expected to survive more than the ADB Months; or
- Diagnosed with one of the following medical conditions:
  - Amyotrophic Lateral Sclerosis (Lou Gehrig's disease);
  - End stage heart, kidney, liver and/or pancreatic organ failure and you are not a transplant candidate;
  - A medical condition requiring artificial life support, without which you would die; or
  - A permanent neurological deficit resulting from a cerebral vascular accident (stroke) or a traumatic brain injury which are both expected to result in life-long confinement in a **hospital** or **skilled nursing facility**.

**Important Reminder**

You cannot request an Accelerated Death Benefit payment if you have assigned your life insurance benefits, or the life insurance benefits of your spouse or domestic partner.

### The Amount of Accelerated Death Benefit

You can request up to the Accelerated Death Benefit percentage of the life insurance that is currently in effect for the person for whom you are making the request. The amount you request cannot be:

- Less than the Accelerated Death Benefit minimum; or
- More than the Accelerated Death Benefit maximum.

You may request and receive an Accelerated Death Benefit under this plan only **once** on your own behalf, and only **once** on behalf of any spouse or domestic partner.

### Requesting an Accelerated Death Benefit <small>(GR-9N 03-080 02)</small>

To request the Accelerated Death Benefit, you must complete and submit a request form to **Aetna**. The request form must include:

- A statement of the amount requested; and
- A **physician's** statement verifying that you are suffering from a non-correctable **terminal illness**, or, are suffering from one of the listed medical conditions that is expected to result in a drastically limited life span. The statement must also provide the following information:
  - All medical test results;
  - Laboratory reports; and
  - All supporting documentation and information on which the **physician's** statement is based.

Submit the form to **Aetna**. **Aetna** may, at its own expense, require you or your spouse or domestic partner to submit to an independent medical exam by a **physician** it chooses. **Aetna** will not process your Accelerated Death Benefit request until the exam has been completed and **Aetna** has received the results.

### Aetna May Refuse Your Accelerated Death Benefit Request:

**Aetna** may stop processing your Accelerated Death Benefit request or refuse your Accelerated Death Benefit request if:

- The group policy terminates coverage for your eligible class before **Aetna** approves your Accelerated Death Benefit request (even if all or part of your life insurance coverage continues for any reason);
- All of your, or your spouse's or domestic partner's life insurance coverage terminates under the group policy for any reason before **Aetna** approves your Accelerated Death Benefit request; or
- You die before **Aetna** issues the Accelerated Death Benefit payment.

GR-9N                                          9

WVMPRTFXUMAP05        10/26/2018 2:24:07 PM   PAGE  14/048    Fax Server

## Accelerated Death Benefit Payment (GR-9N 03-085 02)

If your request is approved, **Aetna** will pay you the Accelerated Death Benefit in a lump sum. The amount will be reduced by interest charges that would have accrued on the requested amount.

- The interest charge is equal to the sum of daily interest that would have accrued on that amount during the Accelerated Death Benefit months that follow your request for an Accelerated Death Benefit payment.

**Important Reminder**

The interest rate used to calculate the interest charge will not exceed the current yield on 90-day Treasury bills on the date the Accelerated Death Benefit payment is requested.

## Effect of an Accelerated Death Benefit Payment on:
### Your Life Insurance Benefit

The amount of life insurance covering you, your spouse or domestic partner will be reduced by the amount of the Accelerated Death Benefit payment, plus the interest charges.

### Life Conversion

An Accelerated Death Benefit payment affects the amount of life insurance you, your spouse or domestic partner is eligible to convert to an individual policy. The converted amount will be limited to the reduced amount of life insurance after the Accelerated Death Benefit payment.

Refer to the *Converting to an Individual Life Insurance Policy* section for more information about the conversion privilege.

### Extended Benefits Under the Permanent and Total Disability Feature

You may apply for an Accelerated Death Benefit payment if you have qualified for an extension of your life insurance because of your permanent and total disability, as long as you have not previously requested and received an Accelerated Death Benefit payment. All of the terms of the Accelerated Death Benefit feature will apply to an Accelerated Death Benefit request you make while your life insurance is being extended under the terms of the permanent and total disability provision.

For more information about the permanent and total disability provision, refer to the *Permanent and Total Disability* section.

## Reductions in ADB Benefits Due to Age or Retirement

The plan's age and retirement reduction rules will be applied to an ADB payment. If your life insurance amount or the life insurance of your spouse or domestic partner would be reduced due to age or retirement in the ADB months following the date you request an ADB, the ADB payment will be adjusted accordingly. The ADB payment will be calculated by multiplying:

The percentage of the life insurance amount that you requested; times;
The amount of life insurance that would remain in effect after any reduction due to age or retirement.

Please refer to *When Life Insurance Amounts Are Reduced* for information about the plan's age and retirement reduction rules.

- 

## Claims of Creditors (GR-9N 03-090 01)

To the extent allowed by law:

- Your Accelerated Death Benefit payment is exempt from any legal or equitable process for your debts; and
- You are not required to request an Accelerated Death Benefit in order to satisfy claims of creditors.

GR-9N                                    10

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

`WVMPRTFXUMAP05            10/26/2018 2:24:07 PM  PAGE  15/048    Fax Server`

## Tax Consequences

You may wish to carefully consider the tax consequences of requesting an Accelerated Death Benefit. Consult your counsel or tax advisor before proceeding with the request.

**Important Reminder**
While **Aetna** cannot offer you or your employer legal or tax advice, you should consult with your tax advisor before you request an Accelerated Death Benefit since the amount of the Accelerated Death Benefit you receive may be subject to income taxes upon receipt of the Accelerated Death Benefit payment.

# Dependent Life Insurance

Dependent life insurance pays a benefit to you if one of your covered dependents dies at any time or place. Aetna will pay the benefit per the *Payment of Benefits* section. If you are not living at the time the benefit is paid, the payment will be made to your executors or administrators. **Aetna** has the option to make this payment to your spouse.

The following dependents are *not* eligible for dependent life insurance:

- Full-time, active military personnel; and
- Children who are not born alive.

Refer to *Eligibility* for more information about dependent eligibility.

# Life Insurance Portability <31SECTION045>

Life Insurance coverage for which you pay the total cost may be continued if coverage under the group plan ends because:

- you stop employment;
- you are no longer in a class that is eligible for coverage; or
- your dependents lost coverage when they no longer qualify as a covered dependent.

## Eligibility Criteria

You or your dependent may elect to continue life insurance coverage under this provision if:

- The amount of your life insurance is at least $5,000;
- The amount of your spouse's or domestic partner's life insurance is at least $1,000;
- The amount of your dependent child's Life Insurance, is at least $1,000;

You may elect to continue your dependent life insurance coverage under this provision only if you elect to continue your own life insurance coverage.

You may not elect to continue any life insurance coverage under this provision if:

- you are older than age 98;
- your dependent spouse or domestic partner is older than age 98;
- your dependent child is less than 12 months to reach the age where he or she will not meet the plan's definition of a dependent child;
- you are ill or injured and away from work on the date your coverage stops under this plan;
- coverage under the group policy is canceled and replaced by like coverage under another policy;

GR-9N                                              11

`DCN: 181026099966  TimeStamp: 03:03:52 pm EST`

- coverage under the group policy is canceled because your employer has gone out of business; and
- coverage has been converted to an individual life policy in accordance with the plan's conversion privilege.

The Life Insurance Conversion provision does not apply to any amount of your life insurance for which you elect coverage under this provision. It may be available for:

- any amount of your life insurance to which the terms of this provision do not apply;
- any amount of your life insurance to which the terms of this provision apply, but for which you do not elect coverage under this provision; or
- any amount of your life insurance in force under this provision that stops because of age.

## Electing Coverage

You must submit a written request within 31 days after your life insurance coverage under the group plan ends.

To do so you must:

- Obtain a portability request form from your employer and complete it.
- Submit evidence of good health if you are applying for more than the maximum that can be applied for without evidence of good health.
- Submit the first premiums due, for the amounts not requiring evidence of good health with the completed request form to **Aetna**.

## Portability Effective Date

Life insurance coverage, which does not require evidence of good health, continued under this provision will become effective following the end of the60 day election period if you have completed a portability request form and submitted the first premium.

Life insurance coverage which requires evidence of good health under this provision will become effective on the date **Aetna** approves your evidence of good health. You are required to submit premium for the amount of life insurance requiring evidence of good health within 60 days of **Aetna**'s approval.

Your effective date of coverage under the portability feature is called your portability date.

## Features of the Portable Life Insurance

All of the terms and conditions of the group life insurance will apply under the portability provision, except where noted.

| Maximum Amount | You | Dependent Spouse or Domestic Partner | Dependent Children |
|---|---|---|---|
| The maximum amount, without evidence of good health, will be the lesser of the amount of insurance when coverage ends and | $500,000 | $100,000 | $5,000 |
| The maximum amount with evidence of good health will be the "lesser of" the amount of insurance when coverage ends and | $1,000,000 | N/A | N/A |

At time of application, you can elect a smaller amount of life insurance for yourself, as long as the amount is:

- Available under the group plan for your employment classification;
- More than the amount for your spouse, domestic partner, or dependent child; and
- Permitted by any applicable law.

GR-9N                                            12

## Age Reductions

The amount of your, your spouse's or domestic partner's life insurance in force reduces over time due to age. It will never decrease below $5,000. The following Age Reduction Chart illustrates the reduction(s).

| Effective Date | Reduction Amount |
|---|---|
| January first following age 65 | 35% of original amount or $5,000 |
| January first following age 70 | 60% of original amount or $5,000 |
| January first following age 75 | 75% of original amount or $5,000 |

When you continue your life insurance coverage under this provision and your, your spouse's, or domestic partner's age is 65 years or older, the life insurance benefit amount will be limited to the reduction amount shown in the above Chart.

The conversion privilege does not apply to any amount of life insurance for which you elect coverage under this provision. However, the conversion privilege may be available for:

▪ Any amount of life insurance to which the terms of this portability provision do not apply;
▪ Any amount of life insurance to which the terms of this portability provision apply, but for which you do not elect coverage under this provision;
▪ Any amount of life insurance in force under this provision that ceases because of age.

## Accidental Death Benefit

The plan will also pay an accidental death benefit if:

▪ You die before age 70 while your life insurance is in force under the portability provision; or
▪ Your spouse or domestic partner dies while his or her life insurance is in force under the portability provision.

The accidental death benefit is in addition to the life insurance benefit payable under the portability provision and is only payable if you have elected to be covered for the accidental death benefit.

Aetna must receive proof that death:

▪ Was a direct result of a bodily injury suffered in an accident; and
▪ Occurred within 365 days after the accident and while this plan was in force.

### Limits

Not all events, which may be ruled as "accidental", are covered by this Plan. Refer to the *Exclusions that Apply to Accidental Death and Personal Loss Coverage* section of this Booklet-Certificate for a list of exclusions that apply to this provision.

## Permanent and Total Disability Feature

The plan's permanent and total disability feature is available to you only. It is not available to any of your covered dependents. It applies only to disabilities that begin after you have paid your first premium for this coverage. However:

▪ The permanent and total disability feature is the same as the life plan's permanent and total disability feature. All terms and conditions set forth under the permanent and total disability feature under the life insurance plan continue to apply. Please refer to *Permanent and Total Disability* in the life plan section of this Booklet-Certificate.

You are permanently and totally disabled only if disease or injury stops you from working at any reasonable job, as defined in the *Permanent and Total Disability* Feature.

▪ Any insurance extended under this feature will cease on the first anniversary of your portability effective date following the date you reach age 65.

GR-9N                                                          13

### Accelerated Death Benefit

The accelerated death benefit provision, if included in the life plan, does not apply to life insurance in force under this portability provision.

### Premium and Billing Charges

Your premiums for fully contributory coverage under this provision will change on your portability date, and on each subsequent January 1.

Premiums for coverage under this provision will be paid directly to **Aetna**.

The premium rate will include a fee for the direct billing services **Aetna** provides. The fee for direct billing may change, but not more than once a year.

### Termination of Coverage

Your life insurance coverage under this provision will end on the first to occur of:

- 31 days following the date the required premium contribution for the coverage is due and not paid.
- The date of your death.
- The first anniversary of your Portability Effective Date following the date you reach age 99.

Life insurance coverage for your dependents will end:

- For your spouse or domestic partner, the first anniversary of his or her portability date following the date your spouse or domestic partner reaches age 99.
- For your dependent child, the first anniversary of his or her portability date following the date he or she reaches his or her eligibility age for portability coverage.
- The date either the spouse or child no longer qualifies as a defined dependent.
- The date of your death.

GR-9N                                        14

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  19/048   Fax Server

# Your Accidental Death and Personal Loss Coverage

| Covered Losses |
| Accident Benefits Payable |
| Additional Benefits |

Accidental Death and Personal Loss Coverage (ADPL) covers losses you or your covered dependents, suffer solely and as a direct result of an accidental bodily **injury** that occurs while covered by the plan. Benefits are payable to your beneficiary if you die, or to you if you suffer any other covered loss in an **accident**. All benefits relating to losses suffered by a covered dependent are payable to you.

The following dependents are not eligible:

- Those in full-time military service.
- Those age 65 or older.

Refer to the *Schedule of Benefits* for additional information about your ADPL benefits.

## How the Plan Works *(GR-9N-04-005-01)*

### Covered Losses

The plan covers a loss you or your covered dependent, suffers solely and as a direct result of bodily **injury** that happens while you, or your covered dependent, are covered by the plan. The loss must be caused directly, and apart from any other cause by that bodily **injury** within 365 days after the **accident**.

Loss means:

- Loss of life.
- Loss of a hand by actual and permanent severance at or above the wrist joint.
- Loss of a foot by actual and permanent severance at or above the ankle joint.
- Complete and irrecoverable loss of sight in the eye.
- Total and permanent loss of speech or hearing in both ears.
- Loss of the thumb and index finger of the same hand by actual and permanent severance at or above the metacarpophalangeal joint of both fingers.

Loss of speech or hearing is considered permanent if it has lasted for 12 months in a row; unless the attending **physician** states otherwise.

### Loss Due to Paralysis

The plan pays a benefit if you, or your covered dependent, are paralyzed solely and as a direct result of an accidental bodily **injury** that happens while covered by the plan. The paralysis must:

- Be caused directly and solely by the bodily **injury**;
- Be complete and irrecoverable; and
- Begin within 30 days of the **accident**.

The following forms of paralysis are covered by the plan:

- Quadriplegia: paralysis of both upper and lower limbs.
- Paraplegia: paralysis of both lower limbs.
- Hemiplegia: paralysis of the upper and lower limbs on one side of the body.
- Uniplegia: paralysis of one limb.

GR-9N                                        15

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM   PAGE   20/048    Fax Server

A limb means the entire arm or leg.

### Exposure

Loss of life caused by exposure to natural or chemical elements will be treated as accidental if the exposure was a direct result of an **accident**.

### Disappearance

The plan will pay an accidental death benefit if your, or your covered dependent's body is not found, and no contrary evidence about the circumstances of your disappearance arises, within one year of the accidental disappearance, sinking, or wrecking of a conveyance you, or your covered dependent, occupied.

### Accidental Death and Personal Loss Benefit Payable *(GR-9N-04-015-01)*

If you or your covered dependent, die or suffer a covered loss solely and as a direct result of a bodily **injury** within 365 days of the date of the **accident** causing the **injury**, the plan will pay a benefit. The benefit is expressed as a percentage of the principal sum. The principal sum is the full benefit payable by the plan. The following table defines payable for each type of loss.

| Covered Loss | Percentage of the Principal Sum Paid By the Plan |
|---|---|
| Loss of Life -including exposure and presumed disappearance | 100% |
| Loss of both feet, both hands, or the sight in both eyes | 100% |
| Loss of both speech and hearing in both ears | 100% |
| Loss of one hand, one foot or the sight in one eye | 50% |
| Loss of speech or hearing in both ears | 50% |
| Loss of thumb and index finger of the same hand | 25% |

### Paralysis

If you or your covered dependent, are paralyzed solely and as a direct result of a bodily **injury** and the paralysis begins within 30 days of the **injury**, the plan will pay a benefit. The benefit is expressed as a percentage of your principal sum, as shown in the following table:

| Covered Loss | Percentage of the Principal Sum Paid By the Plan |
|---|---|
| Quadriplegia | 100% |
| Paraplegia or hemiplegia | 75% |
| Uniplegia | 25% |

### Payment of Benefits

The plan will pay all the benefits, except for loss of life, to you. The benefit for the loss of life will be paid to the beneficiary you named. All benefits relating to losses suffered by a covered dependent are payable to you.

### Maximum Benefit

The plan will pay up to the principal sum for all losses (including paralysis and **coma**), that result from one **accident**, except as may be provided under *Additional Benefits Under the Accidental Death and Personal Loss Plan.*

### Coma Benefit *(GR-9N-04-010-01)*

The plan will pay a monthly benefit if you, or your covered dependent, suffer a bodily **injury** and are in a **coma** solely and as a direct result of an **accident**, if all of the following occur while covered by the plan:

- The bodily **injury** is caused by a covered **accident**; and
- You or your covered dependent become comatose within 30 days after the **accident**; and
- The **coma** is the direct result of your **accident**; and
- You or your covered dependent remain continually **comatose** for at least 30 days in a row.

GR-9N                                    16

Written proof that you are in a **coma** must be provided to **Aetna** within 60 days after the date you or your covered dependent become **comatose**.

### When Monthly Coma Benefits Start
The first monthly benefit will be payable on the first day of the month following the date you or your covered dependent have been in a **coma** for at least 30 days.

### Monthly Coma Benefit
The plan will pay a monthly benefit equal to:

- Your principal sum; minus
- Any other ADPL payment the plan makes or may make for injuries resulting from the same **accident**; times the **coma** benefit percentage.

**Important Note**
Your principal sum is the maximum payable for all the losses resulting from the same accident.

The monthly benefit is payable for 100 months in a row while you remain comatose.

If the monthly payments are less than $20 each, then a single yearly payment will be paidon the first day of the month following the date you, or your covered dependent, have been continually **comatose** for a 12 month period.  Future payments for 12 months will be made on the anniversary of the first payment.

**Aetna** has the right to require proof that the **coma** continues. **Aetna** may, at its own expense, examine you or your covered dependent while **comatose**. **Aetna** will not request an exam or proof more than twice in a 12-month period.

If your covered dependent is **comatose**, your dependent's monthly benefit will be paid to you.

### When Coma Benefits End
The monthly benefit is payable as long as the **coma** continues, until the earliest of the following occurs:

- You or your covered dependent are no longer in a **coma** because you or your covered dependent, have died or, recovered, or your, or your covered dependent's, condition has changed, as certified by a **physician**;
- **Aetna** requests an exam, and it is not performed, or the results are not given to **Aetna**;
- **Aetna** is not given proof that the **coma** continues; or
- The plan pays your principal sum in full.

**Additional Information**
The plan will not pay a **coma** benefit if:

- No named beneficiary survives you; or
- No named beneficiary has been named;
- No immediate family member to whom the benefit may be paid, at **Aetna's** discretion, survives you. Immediate family members include: your spouse, your children, your parents, and your brothers and sisters; and
- No guardian of the estate or conservator of the estate has been appointed.

| Covered Loss | Percentage of the Principal Sum Paid By the Plan |
|---|---|
| Coma | 1% of your principal sum is payable for up to 100 months. |
| | |

GR-9N                                        17

### Third Degree Burn Benefit (GR-9N-04-110-01)

The plan will pay a third degree burn benefit if:

- You or your covered dependent suffers third degree burns solely and as a direct result of an **accident** covered by this plan; and
- The **accident** occurs while you or your covered dependent is covered by the plan.

### Third Degree Burn Benefit Payable

The benefit payable is based on the principal sum and the extent of the burns.

| If the Third Degree Burn Covers: | the benefit payable is: |
|---|---|
| 75% or more of your body | 100% of your principal sum |
| 50%-74% of your body | 50% of your principal sum |

Proof of the nature and extent of the burns must be submitted to **Aetna**.

### Important Note

The principal sum is the maximum payable for all losses occurring to one person as the result of the same **accident**.

If you or your covered dependent later dies as the result of the same **accident**, the ADPL Plan death benefit will be:

- Your or your covered dependent's principal sum, *minus*
- Any amount already paid by the plan for the same **accident**.

## Total Disability Death Benefit (GR-9N-04-020-01)

The plan will pay a benefit equal to the principal sum if you become totally disabled solely and as a direct result of a bodily **injury**, and:

You remain continuously disabled from the date of the **accident** until your death; and

You die while you are covered by the plan.

### Important Note

For purposes of this benefit provision, you are totally disabled if:

- You are not able to work at your own job;
- You are not able to work at any other job for pay or profit; and
- You are under age 60 at the time of the **accident**.

**Aetna** must be notified of your death within 12 months of the date of your death. The payment will be issued to your beneficiary. The amount of the payment will be reduced by any other ADPL payment the plan makes for the same **accident**.

## Additional Benefits Under the Accidental Death and Personal Loss Plan (GR-9N-04-025-01)

This section describes additional losses that may be covered by the ADPL plan if the losses are solely and as a direct result of an **accident**. You or your covered dependent must be covered by the plan at the time of the accident that causes the loss and the loss must occur within 365 days of the **accident**.

GR-9N                                    18

WVMPRTFXUMAP05        10/26/2018 2:24:07 PM  PAGE  23/048    Fax Server

## Passenger Restraint and Airbag Benefit *(GR-9N 04-025 01)*
The plan will pay a **passenger restraint** benefit if:

- You or your covered dependent are the driver of, or a passenger in, **a motor vehicle**; and
- The **motor vehicle** is involved in an **accident**; and
- You or your covered dependent die as a direct result of the **motor vehicle accident**; and
- Death occurs within 365 days of the **accident**; and
- You or your covered dependent were properly using a **passenger restraint** at the time of the **accident**; and
- The driver of the car had a valid **motor vehicle** license at the time of the **accident**.

The plan will also pay an **airbag** benefit if:

- An **airbag** is activated as the result of the same **motor vehicle accident**; and
- The **airbag** system does not save the life of the person it was designed to protect;
- The plan will pay the **airbag** benefit only if you or your covered dependents are properly using a **passenger restraint** at the time of the **accident**.

### Benefit Payable
The benefit payable depends on whether you or your covered dependents are using a **passenger restraint** properly at the time of the **accident**, and whether the **airbag** deployed:

| At the time of the accident, if you: | ... and the Airbag: | ... the plan will pay: |
|---|---|---|
| Used the **passenger restraint** properly, | Deployed, | **Passenger restraint** benefit; and **Airbag** benefit. |
| Used the **passenger restraint** properly, | Did not deploy, | **Passenger restraint benefit**. |
| Did not use the **passenger restraint** properly, | Deployed, | No benefit. |
| Did not use the **passenger restraint** properly, | Did not deploy, | No benefit. |

**Aetna** must receive verification that:

- You were using the **passenger restraint** system at the time of the **accident**; and
- For the **airbag** benefit, the **airbag** system was activated by the **accident**;
- The verification must be part of the official **accident** report or certified, in writing, by the investigating officer(s).

Refer to the *Schedule of Benefits* for the benefit payable.

## Education Benefit *(GR-9N-04-030-01)*
The education benefit will help provide for your child's education and give your surviving spouse financial help for the cost of employment training if you die as the result of an **accident**.

The plan will pay an education benefit if:

- You or your covered dependent spouse die solely and as a direct result of an **accident**; and
- Your death, or the death of your spouse occurs within 365 days of the **accident**.

GR-9N                                          19

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM   PAGE  24/048    Fax Server

## Education Benefit for Your Dependent Children
### Eligible Dependent Children

Your dependent child must meet all the following requirements to be eligible for educational benefits:

- The child is your unmarried:
  - Biological child;
  - Adopted child;
  - Stepchild; or
  - Any other child you support that lives with you in a parent-child relationship;
- The child:
  - Is attending school (school means kindergarten through the 12th grade of high school); or
  - Is past the 12th grade, but under the age of 23; and
  - Is attending college or trade school on a full-time basis at the time of your or your covered spouse's death; or
  - Enrolls in college or trade school on a full-time basis within 365 days after the claim has been approved.

### Educational Benefit Payable

The benefit payable is expressed as a percentage of your principal sum if you die. If your covered spouse dies, the benefit is expressed as a percentage of your spouse's principal sum.

Refer to the *Schedule of Benefits* for the benefit payable.

### Important Note

If both you and your spouse die because of the same **accident**, the plan will pay a single benefit, based on your principal sum.

The first payment will be made when:

- Your or your covered spouse's ADPL benefit is paid; and
- **Aetna** receives written proof that the dependent child is attending school as defined above.
- Subsequent education benefit payments will be made in annual installments, for up to three more years. The payment will be issued on the anniversary of the payment, as long as your dependent child remains in school as defined above.

**Aetna** will issue payment directly to a dependent child who has reached the age of majority. For a minor child or a child who, in **Aetna's** opinion, is legally unable to give a valid release for the payment of any life insurance benefit, **Aetna** will issue payment to:

- The guardian of the estate of the minor;
- The custodian under the Uniform Transfer to Minor's Act; or
- The adult caretaker/legal guardian, as permitted under State law.

### When Education Benefits End for a Dependent Child

The plan will pay the benefits until the earliest of the following occurs:

- Four years from the date of your or your spouse's death;
- The date your child no longer qualifies as a dependent child; or
- 30 days from the date that **Aetna** requests satisfactory written proof that the child continues to qualify as a dependent child, and that proof is not given to **Aetna**.

### Education Benefit for Your Surviving Spouse

The plan will pay an educational benefit to your surviving spouse who, as the result of your death, enrolls in an employment training program to obtain or supplement an independent source of income.

GR-9N                                    20

(Page 26 of 48)

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  25/048    Fax Server

The education benefit will be paid to your surviving spouse, regardless of who is named as beneficiary for your life insurance.

**Education Benefit Payable**
Refer to the *Schedule of Benefits* for the benefit payable.

The first payment will be made when:

- Your ADPL death is paid; and
- **Aetna** receives written proof within 365 after the claim has been approved that your spouse is enrolled in an employment training program.

Subsequent education benefit payments will be made in annual installments, for up to three more years. The payment will be issued on the anniversary of the first payment, as long as your spouse remains enrolled in an employment training program.

**When Education Benefits End For Your Spouse**
The plan will pay benefits until the earliest of the following occurs:

- Four years from the date of your death; or
- 30 days from the date that **Aetna** requests satisfactory written proof that your spouse is enrolled in an employment training program, and that proof is not given to **Aetna**.

**Child Care Benefit** *GR-9N-04-035-01*
The plan will pay child care benefit for each eligible dependent child if:

- You or your covered dependent spouse die solely and as a direct result of an **accident**; and
- Your death, or the death of your spouse occurs within 365 days of the **accident**.

**Eligible Dependents**
Your dependent child must meet all of the following requirements to be eligible for child care benefits:

- The child is your:
    - Biological child;
    - Adopted child;
    - Stepchild; or
    - Any other child you support that lives with you in a parent-child relationship;
- The child is under the age of 13; and
- The child:
    - Is enrolled in a **legally licensed day care center** on the date of the **accident**; or
    - Is subsequently enrolled in a **legally licensed day care center** within 90 calendar days after the date the claim is approved.

**Child Care Benefit Payable**
The benefit payable is expressed as a percentage of your principal sum if you die. If your covered spouse dies, the benefit is expressed as a percentage of your spouse's principal sum.

Refer to the *Schedule of Benefits* for the benefit payable.

**Important Note**
If both you and your spouse die because of the same **accident**, the plan will pay a single child care benefit, based on your principal sum.

GR-9N                                    21

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

The first payment will be made when your or your covered dependent spouse's ADPL benefit is paid. **Aetna** must receive written proof that the dependent child is enrolled in a **legally licensed child care center**.

Subsequent child care benefit payments will be made in annual installments, for up to three years. The payment will be issued on the anniversary of the first payment, as long as your dependent child remains enrolled in a **legally licensed child care center**.

**Aetna** will issue payment to:

- The guardian of the estate of the minor;
- The custodian under the Uniform Transfer to Minors Act; or
- The adult caretaker/legal guardian, as permitted under state law.

### When Child Care Benefits End for a Dependent Child
The plan will continue to pay benefits until the earliest of the following occurs:

- Four years from the date of your or your spouse's death;
- The date your child no longer qualifies as a dependent child; or
- 30 days from the date that **Aetna** requests satisfactory written proof that the child continues to qualify as a dependent child, and that proof is not given to **Aetna**.

## Repatriation of Remains *(GR-9N 04-040 01)*
The plan pays a benefit for the preparation and transportation of your body or the body of your covered dependent to a mortuary if you or your dependent dies more than 150 miles from your principal place of residence.

The repatriation of remains benefit is payable if:

- You or your covered dependent dies solely and as a direct result of an **accident** covered by this plan; and
- Your death or the death of your covered dependent occurs within 365 days of the **accident**.
- The accident occurs outside a 150 mile radius from your or your covered dependent's principal place of residence; and
- An ADPL death benefit is payable.

Refer to the *Schedule of Benefits* for the benefit payable.

## Monthly Hospital Benefit *(GR-9N 04-060 01)*
The plan will pay a monthly hospital benefit if:

- You suffer a loss (other than loss of life) solely as a direct result of an **accident** covered by this plan;
- You are confined in a hospital or **convalescent facility** for at least 30 days in a row as a result of the **accident**; and
- You are covered by the plan at the time the **hospital** or **convalescent facility** stay begins.

### Monthly Benefit Payable
The monthly hospital benefit is expressed as a percentage of the principal sum. Refer to the Schedule of Benefits for the Monthly Hospital Benefit Payable.

The first payment will be made after you have been hospitalized for 30 successive days. **Aetna** must receive written proof of the confinement.

Subsequently monthly benefit payments will be calculated by multiplying:

- The number of days you are in the **hospital**; times
- $1/30^{th}$ of the monthly benefit.

GR-9N                                    22

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  27/048    Fax Server

### Readmission to the Hospital or Convalescent facility

A person may be discharged from the **hospital** or **convalescent facility** after the treatment for a covered loss, then readmitted for the some cause. If this happens, the person's benefits will depend on the amount of time that elapses between discharge and readmission, as shown in the following chart:

| If readmitted to the hospital or convalescent facility for the same condition resulting from the same accident: | ... the plan will: | ...benefits will: |
|---|---|---|
| Within 14 days of discharge, | Treat the second stay as the same period of confinement and | Continue as though there had not been a break in your stay. |
| More than 14 days after discharge, | Treat the second stay as a new period of confinement. | Not be paid until you have been confined in the **hospital** or **convalescent facility** for 30 days in a row. |

You must give **Aetna** proof that you or your covered dependent have been confined for a 30 days in a row. If you are unable to submit the claim, another person may act on your behalf. After the first month, you or your representative must give **Aetna** proof within 30 days of each successive 30 day period of **hospital** confinement. The deadline for filing a claim is 90 days after you or your covered dependent are discharged from the **hospital** or **convalescent facility**. If you cannot meet the claim filing deadline through no fault of your own, **Aetna** will accept your claim if you file it as soon as possible. **Aetna** will not accept a claim more than one year from the claim filing deadline, unless you are legally incapacitated.

### When Monthly Hospitals Benefits End

The plan will continue to pay benefits until the earliest of the following occurs:

- The date you are discharged from the **hospital**;
- The date 12 monthly payments have been made; or
- The date the group policy terminates.

### Medical Coverage Funding Benefit *(GR-9N 04-070 01)*

The plan will pay a medical coverage funding benefit to your dependents if:

- You die solely and as a direct result of an **accident** covered by this plan; and
- The **accident** occurs while you are covered by the plan; and
- Your death occurs within 365 days of the **accident**; and
- Your dependent enrolls for medical coverage through your employer, in accordance with:
  - The Consolidated Omnibus Reconciliation Act of 1985 (COBRA); or
  - State Law; and
  - Makes an out-of-pocket contributions toward the cost of such medical coverage.

### Medical Coverage Funding Benefit Payable

Refer to the *Schedule of Benefits* for the Medical Coverage Funding Benefit Payable.

Proof of the out-of pocket expenses for the medical coverage must be submitted to **Aetna**.

If the total value of the medical coverage funding benefit is less than $250, **Aetna** may make a lump sum payment.

GR-9N                                        23

**Aetna** will issue payment to your surviving spouse. If your spouse does not survive you **Aetna** will issue the payment to your surviving child or children. If a dependent child is a minor, **Aetna** will issue payment to:

- The guardian of the estate of the minor;
- The custodian under the Uniform Transfer to Minors Act; or
- The adult caretaker/legal guardian, as permitted under state law.

### When Benefits End

The plan will continue to pay benefits until the earliest of the following occurs:

- Three years from the date of your death;
- The date your last surviving dependent dies; or
- The date the group policy terminates.

### Felonious Assault Benefit *(GR-9N 04-075 01)*

The plan will pay a felonious assault benefit if:

- You are assaulted while working for your employer
- You die solely and as a direct result of the felonious assault; and
- Your death occurs within 365 days of the date you were assaulted.

A felonious assault is an assault that occurs during the commission of a felony.

| Examples of a felonious assault include (but are not limited to): | |
|---|---|
| Robbery | Theft |
| Hijacking | Assault and battery |
| Sniping | Murder |
| Civil Disturbance | Criminal act of violence |

### Felonious Assault Benefit Payable

The benefit payable is expressed as a percentage of your principal sum.

Refer to the *Schedule of Benefits* for the benefit payable.

**Aetna** must receive verification that your death was the direct result of the felonious assault. The verification must be part of the official report or certified, in writing, by the investigating officer(s).

**Important Note**
**Aggregate Maximum:**
If more than one covered employee dies as a result of the same felonious assault, the plan will pay a maximum of $500,000 for all deaths combined. **Aetna** will proportionately reduce the felonious assault benefit for each covered employee so that the total benefit amount will not exceed the aggregate maximum.

**Aetna** will issue the felonious assault benefit payment to your beneficiary.

### Rehabilitation Training Benefit *(GR-N 04-090 01)*

The plan will pay a benefit if:

- You suffer a loss (except loss of life) solely and as a direct result of an **accident** covered by this plan; and
- The **accident** occurs while you are covered by the plan; and
- You enter a rehabilitation training program within 90 days after the loss.

The rehabilitation training program is designed to help you return to work at your occupation with your employer.

GR-9N                                    24

You must complete the program before payments are made.

### Rehabilitation Training Benefit Payable

The benefit payable is expressed as the expenses you incur for the program.

Refer to the *Schedule of Benefits* for the benefit payable.

You must complete the rehabilitation training program within 2 years following the **accident** that caused the loss.

**Aetna** will issue the rehabilitation training program benefit after you provide satisfactory:

- Proof that you have completed the program; and
- Documentation of your out-of-pocket expenses.

### Adaptive Home and Vehicle Benefit

The plan will pay a one-time adaptive home and vehicle benefit if:

- You suffer a loss (except loss of life) solely and as a direct result of an **accident** covered by this plan; and
- The loss occurs within 365 days of the **accident**; and
- You are covered by the plan at the time of the **accident**; and
- As a result of the loss, you alter your principal home and/or your personal **motor vehicle** to make them more accessible and easier to use.

The modifications to your principal residence and/or your personal motor vehicle must be performed by a person who is authorized to make such changes.

**Aetna** will issue the payment for expenses you incur within one year from the later of:

- The date of the loss; or
- The date you are discharged from a **hospital** or **skilled nursing facility**.

### Adaptive Home and Vehicle Benefit Payable

The benefit payable is based on your principal sum and the expenses you incur for the modifications.

Refer to the *Schedule of Benefits* for the benefit payable.

You must give **Aetna** proof of your out-of-pocket expenses for the modifications to your personal residence and/or your personal **motor vehicle**.

### Limitations

The plan will not pay for the following:

- Charges that you are not legally obligated to pay;
- Charges that are covered under any other plan covering you.
- Charges that are not necessary to make a home accessible or a vehicle usable as determined by **Aetna**; and
- Charges that are made only because there is a benefit.

GR-9N                                        25

DCN: 181026099966   TimeStamp: 03:03:52 pm EST

# Exclusions That Apply to Accidental Death and Personal Loss

(GR-9N-28-005-02)

Not all events which may be ruled accidental are covered by this plan. No benefits are payable for a loss caused or contributed to by:

- Air or space travel. This does not apply if a person is a passenger, with no duties at all, on an aircraft being used only to carry passengers (with or without cargo.)
- Bodily or mental infirmity.
- Commission of or attempting to commit a criminal act.
- Illness, ptomaine or bacterial infection.*
- Inhalation of poisonous gases.
- Intended or accidental contact with nuclear or atomic energy by explosion and/or release.
- Ligature strangulation resulting from auto-erotic asphyxiation.
- Intentionally self-inflicted **injury**.
- Medical or surgical treatment*.
- 3rd degree burns resulting from sunburn.
- Use of alcohol.
- Use of drugs, except as prescribed by a **physician**.
- Use of intoxicants.
- Use of alcohol or intoxicants or drugs while operating any form of a **motor vehicle** whether or not registered for land, air or water use. A **motor vehicle accident** will be deemed to be caused by the use of alcohol, intoxicants or drugs if it is determined that at the time of the **accident** you or your covered dependent were:
  - Operating the **motor vehicle** while under the influence of alcohol is a level which meets or exceeds the level at which intoxication would be presumed under the laws of the state where the **accident** occurred. If the **accident** occurs outside of the United States, intoxication will be presumed if the person's blood alcohol level meets or exceeds .08 grams per deciliter; or
  - Operating the **motor vehicle** while under the influence of an intoxicant or illegal drug; or
  - Operating the **motor vehicle** while under the influence of a prescription drug in excess of the amount prescribed by the **physician**; or
  - Operating the **motor vehicle** while under the influence of an over the counter medication taken in an amount above the dosage instructions.
- Suicide or attempted suicide (while sane or insane).
- War or any act of war (declared or not declared).

* These do not apply if the loss is caused by:

- An infection which results directly from the **injury**.
- Surgery needed because of the **injury**.

The **injury** must not be one which is excluded by the terms of this section.

# Changes to Your Coverage Amounts (GR-9N-03-015-03)

The amount of your life insurance benefit and accidental death and personal loss principal sum depends on a variety of factors, including your earnings, employment status, and employee class. Your benefit level may change as the result of a change in one or more of these factors.

GR-9N                                    26

### Changes in Contributory Coverage

A change in your rate of earnings, employment status or employee class may change the amount of your life insurance or accidental death and personal loss coverage. A reduction in your coverage will be effective on:

- The date you request a change in your life insurance and accidental death and personal loss coverage; or
- The date your earnings, status or class changes for all other coverage.

An increase in your insurance coverage will be effective on the date your earnings, status or classification changes. If you are not actively at work on the date of the change, the increase in any coverage will be postponed until you return to active work for one full day.

You have the right to refuse an increase in life insurance or accidental death and personal loss coverage. You must make this request within 31 days of the date the change would have become effective.

**Important Reminder**
If you refuse an increase in life insurance or accidental death and personal loss coverage, future changes in your earnings, status or class will not increase your coverage, unless **Aetna** gives written consent.

A retroactive change in your rate of earnings, status or classification will not change your coverage retroactively. Any resulting change in coverage will be effective on the date **Aetna** receives notice of the change, or as otherwise agreed upon between **Aetna** and your employer.

The rules described above do not apply to reductions due to age or retirement. For more information, please refer to *When Life and Accidental Death and Personal Loss Insurance Amounts Are Reduced* sections.

### Changes in Benefit Level

If a change in benefit level increases or decreases your insurance coverage, your new coverage amounts will be effective on the date of the change. If you are not actively at work on the date of the change, the increase in any coverage will be postponed until you return to active work for one full day.

You have the right to refuse an increase in life insurance or accidental death and personal loss coverage. You must make this request within 31 days of the date the change would have become effective.

**Important Reminder**
If you later decide to elect the increase (or any future increase) in life insurance or accidental death and personal loss, the change will be effective on the date **Aetna** gives written consent.

### Changing Your Elections

You must provide **Aetna** with evidence of good health if:

- You did not enroll for supplemental life insurance when you first became eligible, and now want to enroll; or
- You would like to increase the amount of your supplemental life insurance, except as described in the Evidence Requirements section of your *Schedule of Benefits*.

Your enrollment or increase in supplemental life insurance will be effective on the date **Aetna** approves your evidence of good health.

**Important Reminder**
**Aetna** may require you to undergo a health exam at your own expense to verify your good health.

GR-9N                                                        27

### Changes in Dependent's Coverage *(GR-9N 03-020 03)*

An increase or decrease in the amount of coverage for your dependent, as the result of a change in the dependent's age, status or benefit level, will become effective on the date the age, status or benefit level change occurs. If you are not actively at work on the date of the change, the increase in your dependent's coverage will be postponed until you return to active work for one full day.

## When Life and Accidental Death and Personal Loss Insurance Coverage Amounts are Reduced *(GR-9N 03-025 01)*

### Age Reduction Rules

Life insurance and accidental death and personal loss coverage amounts will be reduced at age 65 then continue to reduce according to the schedule below.

| If You Are Age: | Your Insurance Amounts Will Be: |
|---|---|
| 65 | 65% of your life and accidental death and personal loss coverage amount |
| 70 | 50% of your life and accidental death and personal loss coverage amount |

Reductions are based on the amount of life insurance and accidental death and personal loss principal sum coverage amounts in force.

The reduction will take effect on the January 1st coinciding with or next following the date in which you attain the limiting age.

If you become eligible for coverage after you reach age 65, your amount of life insurance and accidental death and personal loss coverage will be figured by multiplying:

- The amount of insurance you would have been eligible for prior to age 65; times
- The applicable percentage, based on your current age, as shown in the above schedule.

### When You Retire

Life insurance and accidental death and personal loss coverage ends when you retire.

## When Coverage Ends *(GR-9N-30-005-05 VA)*

Coverage under your plan can end for a variety of reasons. In this section, you will find details on how and why coverage ends, and how you may still be able to continue coverage.

### When Coverage Ends For Employees *(GR-9N-30-005-05 VA)*

Your coverage under the plan will end if:

- The plan is discontinued;
- You voluntarily stop your coverage;
- The group policy ends;
- You are no longer eligible for coverage;
- You do not make any required contributions;
- You become covered under another plan offered by your employer; or

GR-9N                                             28

(Page 34 of 48)

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM   PAGE  33/048    Fax Server

- Your employment stops for any reason, including job elimination or being placed on severance. This will be either the date you stop active work, or the day before the first premium due date that occurs after you stop active work. However, if premium payments are made on your behalf, Aetna may deem your employment to continue, for purposes of remaining eligible for coverage under this Plan, as described below:
    - If you are not **actively at work** due to **illness or injury**, your coverage may continue until stopped by your employer, but not beyond 12 months from the start of the absence.
    - If you are not **actively at work** due to temporary lay-off, your coverage may continue until stopped by your employer. Your coverage will not continue beyond the end of the policy month after the policy month in which your absence started. A "policy month" is defined in the group policy on file with your employer.
    - If you are not actively at work due to a leave of absence other than a personal leave, your coverage may continue until stopped by your employer but not beyond 6 months from the start of the absence.
    - If you are not actively at work due to personal leave of absence, your coverage may continue until stopped by your employer, but not beyond 90 days from the start of the absence.
    - If you are eligible as a permanently and totally disabled employee, your coverage may be deemed to continue for Life Insurance while you remain eligible.

It is your employer's responsibility to let **Aetna** know when your employment ends. The limits above may be extended only if **Aetna** and your employer agree, in writing, to extend them.

### When Coverage Ends for Dependents  *(GR-9N-30-015-02)*
Coverage for your dependents will end if:

- You are no longer eligible for dependents' coverage;
- You do not make your contribution for the cost of dependents' coverage;
- Your own coverage ends for any of the reasons listed under *When Coverage Ends* for Employees;
- Your dependent is no longer eligible for coverage. Coverage ends at the end of the calendar month when your dependent does not meet the plan's definition of a dependent. However, when a dependent child is a full-time student who is on a medically necessary leave of absence from school, coverage under this plan will remain in force for up to 12 months from the date the dependent ceases to be a full-time student, or until the dependent does not meet the plan's definition of a dependent, whichever occurs first; or
- Your dependent becomes eligible for like benefits under this or any other group plan offered by your employer as an employee.
- Your life insurance is being extended under this Plan as a permanently and totally disabled employee.

In addition, a "domestic partner" will no longer be considered to be a defined dependent on the earlier to occur of:

- The date this plan no longer allows coverage for domestic partners.
- The date of termination of the domestic partnership. In that event, you should provide your Employer a completed and signed Declaration of Termination of Domestic Partnership.

Coverage for dependents may continue for a period after your death. Coverage for handicapped dependents may continue after they reach any limiting age. See *Continuation of Coverage* for more information.

## Continuation of Coverage  *(GR-9N-31-010-03 VA)*

### Handicapped Dependent Children  *(GR-9N-31-015-02 VA)*
Life Insurance for your fully handicapped dependent child may be continued past the maximum age for a dependent child. However:

- Life Insurance may not be continued if the child has been issued an individual life conversion policy.
- Life Insurance may not be continued if at the time you become eligible for dependent coverage under this plan and your child's age has exceeded the maximum age for dependent children under this plan, even if your child was covered under a prior group plan on the day before this plan takes effect.

GR-9N                                              29

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  34/048    Fax Server

Your child is fully handicapped if:

- he or she is not able to earn his or her own living because of mental retardation or a physical handicap which started prior to the date he or she reaches the maximum age for dependent children under your plan; and
- he or she depends chiefly on you for support and maintenance.

Coverage will cease on the first to occur of:

- Cessation of the handicap.
- Failure to give proof that the handicap continues.
- Failure to have any required exam.
- Termination of Dependent Coverage as to your child for any reason other than reaching the maximum age under your plan.

# Converting to an Individual Life Insurance Policy *(GR-9N 31-030 01)*

## Eligibility

You may be eligible to apply for an individual life insurance policy, called a conversion policy, if the group plan coverage for you or your dependents ends because:

- Your employment was terminated;
- You are no longer in an eligible class; or
- Your coverage amount has been reduced because of the group policy age, pension or retirement reductions.

You may also convert your covered dependents life insurance to an individual policy, if:

- You are no longer in an eligible class that is eligible for dependent coverage; or
- Your dependent no longer qualifies as a covered dependent due to age.

Your dependents may convert their coverage as an individual policy if their coverage ends because:

- Your marriage ends in divorce or annulment; or
- You die.

In these circumstances, an application for conversion can be completed and submitted to **Aetna** without providing proof of good health.

When life insurance ends because that part of the group contract ends or because that part of the group contract discontinues as to your employee class, and your life insurance has been in force under the group contract for at least 5 years in a row, the amount in force less the amount of any group life insurance for which the person becomes eligible within 31 days of the date coverage ended may be converted to an individual policy. The maximum amount that can be converted by each person is $10,000.

## Features of the Conversion Policy

The amount of coverage in the conversion policy will be determined at the time of application. The policy will take into consideration:

- Your age or the age of your dependents,
- The group plan's policy value in force in the prior 5 year period and the current entitlement under the group plan,
- Aetna's available products at the time of application.

The converted policy may be any kind of individual policy then customarily being issued for the amount being

GR-9N                                                    30

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  35/048    Fax Server

converted and for your age (nearest birthday) on the date it will be issued. The provisions of the conversion policy may not be the same as the provisions of the group plan. The conversion policy may not be a term policy, may not include disability or other supplementary benefits, it may contain exclusions, or may have exclusions that are different from those in the group policy. Once your individual policy becomes effective it will replace the benefits and privileges of your former group plan.

### Your Premiums and Payments

Aetna will set the premium cost for the converted policy at the customary rates in effect at the time the policy is issued. You will be responsible for making premium payments on a timely basis.

### Electing Conversion

You or your dependents will need to apply for an individual policy within 31 days after your group life insurance coverage ends or is reduced.

Your employer will provide you or your dependents with a copy of the application for conversion of term life insurance, which features detailed instructions.

Submit your completed application along with the first premium payment to Aetna within 31 days after your insurance ends for the reasons stated above.

### When An Individual Policy Becomes Effective

Your individual policy will become effective after Aetna has processed your completed application and premium payment. The individual policy will become effective at the end of the 31 day period described in the *Electing Conversion* section.

### Impact of Death during Conversion Application Timeframe

If you or your dependent die during the 31-day conversion period and before the individual policy becomes effective, benefits to your beneficiary will be paid through your group plan. The amount payable is limited to the maximum amount that would have been converted to your individual policy. This limit will apply even if **Aetna** has not received a conversion application or the first premium payment for the individual policy.

### If You Are Totally Disabled

You may be entitled to certain rights or benefits under the life insurance portion of this plan if you are or become permanently and totally disabled.

If you exercise your conversion privilege, and it is later determined that you are eligible for life insurance under this plan because you were permanently and totally disabled at the time your Life Insurance ended, please follow the guideline in the description of the disability provision in the *Life Insurance Plan* section.

GR-9N                                      31

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  36/048   Fax Server

# General Provisions (GR-9N-32-005-02 VA)

## Legal Action

The following information does not apply to Life Insurance.

No legal action can be brought to recover payment under any benefit after 3 years from the deadline for filing claims.

**Aetna** will not try to reduce or deny a benefit payment on the grounds that a condition existed before your coverage went into effect, if the loss occurs more than 2 years from the date coverage commenced. This will not apply to conditions excluded from coverage on the date of the loss.

## Confidentiality

Information contained in your medical records and information received from any provider incident to the provider patient relationship shall be kept confidential in accordance with applicable law. Information may be used or disclosed by **Aetna** when necessary for the operation of the plan and administration of this Booklet-Certificate, or other activities, as permitted by applicable law. You can obtain a copy of **Aetna's** Notice of Information Practices at www.aetna.com.

## Additional Provisions

The following additional provisions apply to your coverage:

- You cannot receive multiple coverage under the plan because you are connected with more than one employer.
- In the event of a misstatement of any fact affecting your coverage under the plan, the true facts will be used to determine the coverage in force.
- This document describes the main features of the plan. Additional provisions are described elsewhere in the *group policy*. If you have any questions about the terms of the plan or about the proper payment of benefits, contact your employer or **Aetna**.
- Your employer hopes to continue the plan indefinitely but, as with all group plans, the plan may be changed or discontinued with respect to your coverage.

## Assignments (GR-9N-32-005-02 VA)

An assignment is the transfer of your rights under the group policy to a person you name. **Aetna** and your employer must give written consent to the assignment.

To request assignment of your Life Insurance or Accidental Death & Personal Loss coverage you must complete an assignment form. Forms are available from your employer. Send the completed form to **Aetna** for consent. You may wish to contact legal counsel prior to assigning your life insurance or accidental death benefit coverage rights. Neither your employer nor **Aetna** guarantees or assumes any obligation concerning the sufficiency or validity of any assignment for purposes of your tax or estate planning.

## Claims of Creditors

Life and Accidental Death and Personal Loss benefit payments are exempt from legal or equitable process for your debts, where permitted by law. The exemption applies to the debts of your beneficiary, too.

GR-9N                                              32

## Misstatements *(GR-9N-32-005-02 VA)*

If any fact as to the Policyholder or you is found to have been misstated, a fair change in premiums may be made. If the misstatement affects the existence or amount of coverage, the true facts will be used in determining whether coverage is or remains in force and its amount.

All statements made by the Policyholder or you shall be deemed representations and not warranties. No written statement made by you shall be used by **Aetna** in a contest unless a copy of the statement is or has been furnished to you or your beneficiary, or the person making the claim.

**Aetna's** failure to implement or insist upon compliance with any provision of this policy at any given time or times, shall not constitute a waiver of **Aetna's** right to implement or insist upon compliance with that provision at any other time or times. This includes, but is not limited to, the payment of premiums. This applies whether or not the circumstances are the same.

## Incontestability *(GR-9N-32-005-02 VA)*

During the first two years that your insurance is in force, any statement that you have made may be used by **Aetna** in contesting the validity of that coverage.  This also applies to any increase in your coverage for the two years that follow the effective date of that increase, if evidence of good health was required in order for the increase to take effect.

Once coverage (including any increases in coverage) has been continuously in effect for two years, the validity of your insurance (or increase in coverage) under this plan shall not be contested by **Aetna** unless your statement was in writing on a form signed by you and was fraudulently made in order to obtain that coverage or increase.

**Aetna** may also contest the validity of your insurance at any time under this plan for non-payment of premiums when due.

## Reporting of Claims *(GR-9N-32-020-01)*

You are required to submit a claim to **Aetna** in writing. Claim forms may be obtained from **Aetna**.

Your claim must give proof of the nature and extent of the loss. You must furnish true and correct information as **Aetna** may reasonably request.

### Reporting of Accidental Death & Personal Loss Claims
In addition to the above, a claim must be submitted to **Aetna** in writing within 90 days after the date of the loss for Accidental Death & Personal Loss Coverage. All claims must give proof of the nature and extent of the loss. Your employer has claim forms. **Aetna** will supply you with a claim form within 15 days of your request.

### Reporting of Life Insurance Claims
In addition to the above, a claim must be submitted to **Aetna** in writing.

If, through no fault of your own, you are not able to meet the deadline for filing claim, your claim will still be accepted if you file as soon as possible. Unless you are legally incapacitated, late claims for Accidental Death and Personal Loss Coverages will not be covered if they are filed more than 2 years after the deadline.

## Payment of Benefits *(GR-9N-32-005-02-VA)*

Benefits will be paid as soon as the necessary proof to support the claim is received. Written proof must be provided for all benefits.

GR-9N                                                    33

Any death benefit payable under the Life Insurance Plan and Accidental Death and Personal Loss Coverage for the loss of life will be paid in accordance with the beneficiary designation. The total proceeds of any benefit will be paid by delivery of a checkbook. One check may be written by the checkbook holder to access the entire proceeds, or multiple checks may be written until the entire checkbook balance is withdrawn or the checkbook balance drops below Aetna's minimum balance requirements. **Aetna** will credit interest compounded daily on the checkbook balance not withdrawn at a guaranteed minimum rate equal to the current Bank Rate Monitor Index® which tracks money market interest rates paid on bank deposits, or an equivalent measure if this index is not available, plus 0.25%.

Payments, however, made outside the United States, to an assignee, to a representative of a beneficiary, to a non-natural person, on behalf of a minor, for accelerated death benefits, or in an amount less than $5,000 will be paid by check and not by delivery of a checkbook.

If your beneficiary is a minor or, in **Aetna's** opinion, legally unable to give a valid release for payment of any life insurance benefit or accidental death and personal loss coverage, the benefit will be payable to the guardian of the estate of the minor, or to the custodian under the Uniform Transfer to Minors Act, or an adult caretaker, when permitted under applicable state law.

Any unpaid balance will be paid within 30 days of receipt by **Aetna** of the due written proof. This paragraph does not apply to Life Insurance.

**Aetna** may pay up to $5,000 of any other benefit to any of your relatives whom it believes are fairly entitled to it. This can be done if the benefit is payable to you and you are a minor or not able to give a valid release. It can also be done if a benefit is payable to your estate. This paragraph does not apply to Life Insurance.

## Contacting Aetna  *(GR-9N-32-005-01)*

If you have questions, comments or concerns about your benefits or coverage, or if you are required to submit information to **Aetna**, you may contact **Aetna**'s Home Office at:

Aetna Life Insurance Company
151 Farmington Avenue
Hartford, CT 06156

You may visit **Aetna's** web site at www.aetna.com.

## Effect of Prior Coverage - Transferred Business  *(GR-9N-32-040-01)*

If your coverage under any part of this plan replaces any prior coverage for you, the rules below apply to that part.

"Prior coverage" is any plan of group coverage that has been replaced by coverage under part or all of this plan; it must have been sponsored by your employer (e.g., transferred business). The replacement can be complete or in part for the eligible class to which you belong. Any such plan is prior coverage if provided by another group contract or any benefit section of this plan.

Your Life Insurance or Accidental Death and Personal Loss coverage under this plan replaces and supersedes any prior Life insurance or Accidental Death and Personal Loss coverage. It will be in exchange for everything as to the prior Life Insurance or Accidental Death and Personal Loss coverage. If you or your beneficiary becomes entitled to claim under the prior Life Insurance or Accidental Death and Personal Loss coverage, your Life Insurance or Accidental Death and Personal Loss coverage under this plan will be canceled. This will be done as of its effective date. Any premiums paid for your Life Insurance or Accidental Death and Personal Loss coverage under this plan will be returned to your employer.

The beneficiary you named under a prior **Aetna** Life Insurance or Accidental Death and Personal Loss coverage plan will apply to this plan. This can be changed according to the terms of this plan.

GR-9N                                         34

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05            10/26/2018 2:24:07 PM   PAGE   39/048    Fax Server

Any Age Reduction Rule or Retirement Rule of this policy will apply to you if:

▪ The Rules do not provide a greater amount of Life Insurance or Accidental Death and Personal Loss coverage than your amount under the prior coverage; or
▪ Your Life Insurance or Accidental Death and Personal Loss coverage had not been reduced under the prior coverage due to age or retirement.

If you do not return to active work within 12 months from the date Life Insurance goes into effect, Life Insurance will cease at the end of such 12 month period. This will happen unless **Aetna** determines you are eligible for extended insurance as a permanently and totally disabled employee under the terms of any Permanent and Total Disability Benefit of this policy.

This provision shall terminate if:

▪ Your Life Insurance terminates; or
▪ You meet the Active Work Rule.

If you stay insured or again become eligible, this policy shall apply to you as though this provision were not included.

GR-9N                                        35

(Page 41 of 48)

# Glossary
*(GR-9N-34-005-01 VA)*

In this section, you will find definitions for the words and phrases that appear in **bold type** throughout the text of this Booklet-Certificate.

## **A** *(GR-9N-34-005-02)*

### **Accident** *(GR-9N-34-005-02)*
This means a sudden external trauma that is; unexpected; and unforeseen; and is an identifiable **occurrence** or event producing, at the time, objective symptoms of a external bodily **injury**. The **accident** must occur while the person is covered under this Policy. The **occurrence** or event must be definite as to time and place. It must not be due to, or contributed by, an **illness** or disease of any kind including a reaction to a condition that manifests within the human body or a reaction to a drug or medication regardless of the reason you have consumed the drug or medication.

### **Active at Work; Actively at Work; Active Work** *(GR-9N-34-005-02)*
You will be considered to be active at work, actively at work or performing active work on any of your employer's scheduled work days if, on that day, you are performing the regular duties of your job on a full time basis for the number of hours you are normally scheduled to work.  In addition, you will be considered to be actively at work on the following days:

- any day which is not one of your employer's scheduled work days if you were actively at work on the preceding scheduled work day; or
- a normal vacation day.

### **Aetna**
**Aetna** Life Insurance Company, an affiliate, or a third party vendor under contract with **Aetna**.

### **Airbag**
An **airbag** is:

- An unaltered **airbag** installed by the manufacturer of the **motor vehicle**; or
- An **airbag**:
    - Provided by the manufacturer of the **motor vehicle**; and
    - Installed by an authorized **motor vehicle** dealer.

## **C** *(GR-9N-34-015-02 VA)*

### **Coma or Comatose**
A profound state of unconsciousness from which you or your covered dependent cannot be aroused to consciousness, even by powerful stimulation, as certified by a **physician**.

## **H** *(GR-9N-34-040-02 VA)*

### **Hospital**
An institution that:

- Is primarily engaged in providing, on its premises, inpatient medical, surgical and diagnostic services;
- Is supervised by a staff of **physicians**;
- Provides twenty-four (24) hour-a-day R.N. service,
- Charges patients for its services;

GR-9N                                              36

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM  PAGE  41/048   Fax Server

- Is operating in accordance with the laws of the jurisdiction in which it is located; and
- Does not meet all of the requirements above, but does meet the requirements of the jurisdiction in which it operates for licensing as a **hospital** and is accredited as a **hospital** by the Joint Commission on the Accreditation of Healthcare Organizations.

*In no event* does **hospital** include a convalescent nursing home or any institution or part of one which is used principally as a convalescent facility, rest facility, nursing facility, facility for the aged, extended care facility, intermediate care facility, **skilled nursing facility**, hospice, rehabilitative **hospital** or facility primarily for rehabilitative or custodial services.

### Hospitalization
A continuous confinement as an inpatient in a **hospital** for which a room and board charge is made.

## I *(GR-9N-34-045-02 VA)*

### Illness *(GR-9N-34-045-02 VA)*
A pathological condition of the body that presents a group of clinical signs and symptoms and laboratory findings peculiar to the findings set the condition apart as an abnormal entity differing from other normal or pathological body states.

### Injury (GR-9N-34-045-02 VA)
An accidental bodily **injury** that is the sole and direct result of:

- An unexpected or reasonably unforeseen occurrence or event; or
- The reasonable unforeseeable consequences of a voluntary act by the person.

The act or event must be definite as to time and place.  An **injury** is not the direct result of **illness**.

## L *(GR-9N 34-055 01)*

### Legally Licensed Child Care Center
A facility that provides child care. This facility is:

- licensed;
- certified, or
- accredited

by the jurisdiction where it is located; and

- A facility that operates according to the laws and regulations of the jurisdiction.

## M *(GR-9N-34-065-04 VA)*

### Motor Vehicle
This is a vehicle or vessel that is powered by any form of a motor, whether or not registered for land, air or water use and it is:
- A passenger land or water vehicle of pleasure design which includes autos, vans, trucks, three or four-wheel all terrain vehicles (ATV), motorcycles, motor scooters, four wheel drive vehicles, snowmobiles, and self-propelled motor homes; or
- A vehicle of commercial use or design which includes, but is not limited to a cab, limousine, tractor trailer or box truck, a bus or lawn tractor; or

GR-9N                                            37

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

- Any form of motorized equipment designed for use in construction or demolition which includes, but is not limited to a bulldozer, crane, front-loader, backhoe, steam roller or paver; or
- A vehicle designed for water use which includes, but is not limited to a boat, ship, jet-ski or personal water craft of any design, including sail-boats or other wind powered water craft; or
- A vehicle designed for air use which includes, but is not limited to a plane (including a glider), jet, an ultra-light aircraft or helicopter; or
- A vehicle used for any form of racing or any other type of competitive event; or
- A vehicle designed for use in farming.

For purposes of the **passenger restraint** and **airbag** benefit only, the following will not be considered to be a **motor vehicle**:

- Any **motor vehicle** which has been altered and no longer meets the licensing and registration requirements of the State where the accident occurred;
- A motorcycle, motor scooter moped or any other form of self-propelled two wheel vehicle;
- A snowmobile;
- A boat, jet-ski or personal water craft;
- A plane, helicopter or ultra-light aircraft;
- An "ATV" all terrain vehicle;
- A military vehicle;
- A vehicle used for farming;
- A subway or train;
- A vehicle used for any form of racing or any other type of competitive event.

**P**  *(GR-9N-34-080-05 VA)*

## Passenger Restraint
This is a restraint that is:

- An unaltered seat belt or lap and shoulder restraint installed by the manufacturer of the **motor vehicle**; or
- A seat belt or lap and shoulder restraint:
  - Provided by the manufacturer of the **motor vehicle**; and
  - Installed by an authorized **motor vehicle** dealer; and
- Any child restraint device that is properly secured in the **motor vehicle** and meets the definition of the law of the state in which the **motor vehicle** is licensed and registered.

## Physician
A duly licensed member of a medical profession who:

- Has an M.D. or D.O. degree;
- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where the individual practices; and
- Provides medical services which are within the scope of his or her license or certificate.

This also includes a health professional who:

- Is properly licensed or certified to provide medical care under the laws of the jurisdiction where he or she practices;
- Provides medical services which are within the scope of his or her license or certificate;
- Under applicable insurance law is considered a "physician" for purposes of this coverage;
- Has the medical training and clinical expertise suitable to treat your condition;

GR-9N                                        38

- Specializes in psychiatry, if your **illness** or **injury** is caused, to any extent, by alcohol abuse, substance abuse or a mental disorder; and
- A physician is not you or related to you.

**S** *(GR-9N-34-095-05 VA)*

## Skilled Nursing Facility

An institution that meets all of the following requirements:

- It is licensed to provide, and does provide, the following on an inpatient basis for persons convalescing from **illness** or **injury**:
  - Professional nursing care by an R.N., or by a L.P.N. directed by a full-time R.N.; and
  - Physical restoration services to help patients to meet a goal of self-care in daily living activities.
- Provides 24 hour a day nursing care by licensed nurses directed by a full-time R.N.
- Is supervised full-time by a **physician** or an R.N.
- Keeps a complete medical record on each patient.
- Has a utilization review plan.
- Is not mainly a place for rest, for the aged, for drug addicts, for alcoholics, for mental retardates, for custodial or educational care, or for care of mental disorders.
- Charges patients for its services.
- An institution or a distinct part of an institution that meets all of the following requirements:
  - It is licensed or approved under state or local law.
  - Is primarily engaged in providing skilled nursing care and related services for residents who require medical or nursing care, or rehabilitation services for the rehabilitation of injured, disabled, or sick persons.
- Qualifies as a **skilled nursing facility** under Medicare or as an institution accredited by:
  - The Joint Commission on Accreditation of Health Care Organizations;
  - The Bureau of **Hospitals** of the American Osteopathic Association; or
  - The Commission on the Accreditation of Rehabilitative Facilities

**Skilled nursing facilities** also include rehabilitation **hospitals** (all levels of care, e.g. acute) and portions of a **hospital** designated for skilled or rehabilitation services.

**Skilled nursing facility** does not include:

- Institutions which provide only:
  - Minimal care;
  - Custodial care services;
  - Ambulatory; or
  - Part-time care services.
- Institutions which primarily provide for the care and treatment of alcoholism, substance abuse or mental disorders.

**T** *(GR-9N-34-100-02)*

## Terminal Illness

**Terminal Illness** means a medical prognosis of 24 months to live.

## Third Degree Burns

A full thickness burn, which is the most severe of the three burns extending near to the bone.

GR-9N                                           39

(Page 45 of 48)

WVMPRTFXUMAP05          10/26/2018 2:24:07 PM   PAGE   44/048     Fax Server

### Confidentiality Notice

Aetna considers personal information to be confidential and has policies and procedures in place to protect it against unlawful use and disclosure. By "personal information," we mean information that relates to a member's physical or mental health or condition, the provision of health care to the member, or payment for the provision of health care or disability or life benefits to the member. Personal information does not include publicly available information or information that is available or reported in a summarized or aggregate fashion but does not identify the member.

When necessary or appropriate for your care or treatment, the operation of our health, disability or life insurance plans, or other related activities, we use personal information internally, share it with our affiliates, and disclose it to health care providers (doctors, dentists, pharmacies, hospitals and other caregivers), payors (health care provider organizations, employers who sponsor self-funded health plans or who share responsibility for the payment of benefits, and others who may be financially responsible for payment for the services or benefits you receive under your plan), other insurers, third party administrators, vendors, consultants, government authorities, and their respective agents. These parties are required to keep personal information confidential as provided by applicable law.

Some of the ways in which personal information is used include claim payment; utilization review and management; coordination of care and benefits; preventive health, early detection, vocational rehabilitation and disease and case management; quality assessment and improvement activities; auditing and anti-fraud activities; performance measurement and outcomes assessment; health, disability and life claims analysis and reporting; health services, disability and life research; data and information systems management; compliance with legal and regulatory requirements; formulary management; litigation proceedings; transfer of policies or contracts to and from other insurers, HMOs and third party administrators; underwriting activities; and due diligence activities in connection with the purchase or sale of some or all of our business. We consider these activities key for the operation of our health, disability and life plans. To the extent permitted by law, we use and disclose personal information as provided above without member consent. However, we recognize that many members do not want to receive unsolicited marketing materials unrelated to their health, disability and life benefits. We do not disclose personal information for these marketing purposes unless the member consents. We also have policies addressing circumstances in which members are unable to give consent.

To obtain a copy of our Notice of Information Practices, which describes in greater detail our practices concerning use and disclosure of personal information, please call 1-866-825-6944 or visit our Internet site at www.aetna.com.

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

WVMPRTFXUMAP05        10/26/2018 2:24:07 PM   PAGE   45/048    Fax Server

# Additional Information Provided by

# Performance Food Group, Inc.

The following information is provided to you in accordance with the Employee Retirement Income Security Act of 1974 (ERISA). It is not a part of your booklet-certificate. Your Plan Administrator has determined that this information together with the information contained in your booklet-certificate is the Summary Plan Description required by ERISA.

In furnishing this information, Aetna is acting on behalf of your Plan Administrator who remains responsible for complying with the ERISA reporting rules and regulations on a timely and accurate basis.

**Name of Plan:**
Performance Food Group, Inc.  Employee Benefits Plan

**Employer Identification Number:**
84-0629503

**Plan Number:**
505

**Type of Plan:**
Welfare

**Type of Administration:**
Group Insurance Policy with:

> Aetna Life Insurance Company
> 151 Farmington Avenue
> Hartford, CT 06156

**Plan Administrator:**
Performance Food Group, Inc.
Attn: Compensation & Benefits Department
12500 West Creek Parkway
Richmond, VA 23238
Telephone Number: 804-484-7700

**Agent For Service of Legal Process:**
Performance Food Group, Inc.
Attn: Compensation & Benefits Department
12500 West Creek Parkway
Richmond, VA 23238

Service of legal process may also be made upon the Plan Administrator

**End of Plan Year:**
December 31

**Source of Contributions:**
Employer and Employee

**Procedure for Amending the Plan:**
The Employer may amend the Plan from time to time by a written instrument signed by Amy Plasha.

DCN: 181026099966  TimeStamp: 03:03:52 pm EST

### ERISA Rights

As a participant in the group insurance plan you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974. ERISA provides that all plan participants shall be entitled to:

#### Receive Information about Your Plan and Benefits

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts, collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) that is filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts, collective bargaining agreements, and copies of the latest annual report (Form 5500 Series), and an updated Summary Plan Description. The Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each participant with a copy of this summary annual report.

Receive a copy of the procedures used by the Plan for determining a qualified domestic relations order (QDRO) or a qualified medical child support order (QMCSO).

#### Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in your interest and that of other plan participants and beneficiaries. No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

#### Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA there are steps you can take to enforce the above rights. For instance, if you request materials from the Plan and do not receive them within 30 days you may file suit in a federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay up to $ 110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.

If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or federal court. In addition, if you disagree with the Plan's decision or lack thereof concerning the status of a domestic relations order or a medical child support order, you may file suit in a federal court.

If it should happen that plan fiduciaries misuse the Plan's money or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

#### Assistance with Your Questions

If you have any questions about your Plan, you should contact the Plan Administrator.

If you have any questions about this statement or about your rights under ERISA, you should contact:

- the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory; or
- the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington D.C. 20210.

You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

### Continuation of Coverage During an Approved Leave of Absence Granted to Comply With Federal Law

This continuation of coverage section applies only for the period of any approved family or medical leave (approved FMLA leave) required by Family and Medical Leave Act of 1993 (FMLA). If your Employer grants you an approved FMLA leave for a period in excess of the period required by FMLA, any continuation of coverage during that excess period will be subject to prior written agreement between Aetna and your Employer.

If your Employer grants you an approved FMLA leave in accordance with FMLA, your Employer may allow you to continue coverage for which you are covered under the group contract on the day before the approved FMLA leave starts. This includes coverage for your eligible dependents.

At the time you request the leave, you must agree to make any contributions required by your Employer to continue coverage. Your Employer must continue to make premium payments.

If any coverage your Employer allows you to continue has reduction rules applicable by reason of age or retirement, the coverage will be subject to such rules while you are on FMLA leave.

Coverage will not be continued beyond the first to occur of:

- The date you are required to make any contribution and you fail to do so.
- The date your Employer determines your approved FMLA leave is terminated.
- The date the coverage involved discontinues as to your eligible class.

Any coverage being continued for a dependent will not be continued beyond the date it would otherwise terminate.

If the group contract provides continuation of coverage (for example, upon termination of employment), you (or your eligible dependents) may be eligible for such continuation on the date your Employer determines your approved FMLA leave is terminated or the date of the event for which the continuation is available.

If you acquire a new dependent while your coverage is continued during an approved FMLA leave, the dependent will be eligible for the continued coverage on the same terms as would be applicable if you were actively at work, not on an approved FMLA leave.

If you return to work for your Employer following the date your Employer determines the approved FMLA leave is terminated, your coverage under the group contract will be in force as though you had continued in active employment rather than going on an approved FMLA leave provided you make request for such coverage within 31 days of the date your Employer determines the approved FMLA leave to be terminated. If you do not make such request within 31 days, coverage will again be effective under the group contract only if and when Aetna gives its written consent.

If any coverage being continued terminates because your Employer determines the approved FMLA leave is terminated, any Conversion Privilege will be available on the same terms as though your employment had terminated on the date your Employer determines the approved FMLA leave is terminated.

DCN: 181026099966   TimeStamp: 03:03:52 pm EST

# EXHIBIT B

Fax Server

5/007

PAGE

2:18:59 PM

10/26/2018

WVMPRTFXUMAP05

(Page 6 of 7)

New Section 1 Page 61

DCN: 1810260944476 TimeStamp: 02:25:48 pm EST

| | | | | | | |
|---|---|---|---|---|---|---|
| **SSN:** XXX-XX-XXXX | | **Hire Date:** 10/22/2001 | | **Pay Frequency:** Bi-Weekly   **Birth Date:** 1959 | | Reveal |

| Designations | Beneficiary Data | **Designation Changes** | Beneficiary Changes |
|---|---|---|---|

**Show Changes To:** All ▼   Benefit Areas   **Occurring From:** 9/25/2017 🔲   **To:** 9/25/2018 🔲   🔍 Filter

| Benefit Area | Changed Date | Beneficiary | Changed From | Changed To | Change Made By | Change Method |
|---|---|---|---|---|---|---|
| Basic Life Insurance | 06/04/2018 17:21:28 | COLE URATA | 50% Contingent | | DUrata@PFGC | ESS |
| Basic Life Insurance | 06/04/2018 17:21:28 | JAKE URATA | 50% Contingent | | DUrata@PFGC | ESS |
| Basic Life Insurance | 06/04/2018 17:21:28 | Keith Urata | | 50% Primary | DUrata@PFGC | ESS |
| Basic Life Insurance | 06/04/2018 17:21:28 | LINDA URATA | 100% Primary | | DUrata@PFGC | ESS |
| Basic Life Insurance | 06/04/2018 17:21:28 | Lori A. Edwards | | 50% Primary | DUrata@PFGC | ESS |
| Basic AD&D Insurance | 06/04/2018 17:21:28 | COLE URATA | 50% Contingent | | DUrata@PFGC | ESS |
| Basic AD&D Insurance | 06/04/2018 17:21:28 | JAKE URATA | 50% Contingent | | DUrata@PFGC | ESS |
| Basic AD&D Insurance | 06/04/2018 17:21:28 | Keith Urata | | 50% Primary | DUrata@PFGC | ESS |
| Basic AD&D Insurance | 06/04/2018 17:21:28 | LINDA J. URATA | 100% Primary | | DUrata@PFGC | ESS |
| Basic AD&D Insurance | 06/04/2018 17:21:28 | Lori A. Edwards | | 50% Primary | DUrata@PFGC | ESS |

(Page 7 of 7)



https://benefits1.**adp.com**/benefitsOperations/benefitsPortal#/People_ttd_Benefits_Beneficiaries

Welcome, Taylor Migliorisi     Env: LIVE   Switch ON ADP Experience

| Home | People | Process | Reports |

**Beneficiaries**

Darrell A Urata          ID: 215411      Status: Deceased

SSN: XXX-XX-XXXX     Hire Date: 10/22/2001     Pay Frequency: Bi-Weekly   Birth Date:        1959

| Designations | **Beneficiary Data** | Designation Changes | Beneficiary Changes |

Dependents are automatically listed as beneficiaries.

Manage Beneficiaries

| Name | Relationship |
| --- | --- |
| **Beneficiaries** | |
| COLE A. URATA | Child |
| COLE URATA | Child |
| JAKE A. URATA | Child |
| JAKE URATA | Child |
| Keith Urata | Brother |
| LINDA J. URATA | Spouse |
| LINDA URATA | Spouse |
| Lori A. Edwards | Sister |

DCN: 181026094476  TimeStamp: 02:25:48 pm EST

Fax Server

6/007

PAGE

2:18:59 PM

10/26/2018

WVMPRTFXUMAPO5

# EXHIBIT C

OFFICE OF THE CLERK-RECORDER
# COUNTY OF PLACER
AUBURN, CALIFORNIA

**CERTIFICATE OF DEATH**

3052918148547                                    3201631002230

| DARRELL | A | URATA |
|---|---|---|

1959 | 59 | M

CA | DIVORCED | 07/02/2018 | 0855

HS GRADUATE | CAUCASIAN

TRUCK DRIVER | TRANSPORATION | 17

GRASS VALLEY | NEVADA | 48 | CA

BARBARA J. URATA, MOTHER | GRASS VALLEY, CA 95949

| ANTHONY | LOUIS | URATA | NE |
| BARBARA | JEAN | SEQUEIRA | CA |

07/18/2018 | RESIDENCE OF BARBARA J. URATA MOTHER
GRASS VALLEY, CA 95949

CR/RES | NOT EMBALMED

NEPTUNE SOCIETY OF NORTHERN | FD1335 | ROBERT LEE OLDHAM, MD | 07/19/2018

SUTTER AUBURN FAITH HOSPITAL | AUBURN

PLACER | 11815 EDUCATION ST

IN BLADDER CANCER | YRS

NONE

NO

MARK EDWARD KNOBLE M.D. | G77414 | 07/18/2018

06/02/2018 | 07/02/2018 | 3288 BELL RD, AUBURN, CA 95603 | MARK EDWARD KNOBLE M.D.

---

CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF PLACER

This is a true and exact reproduction of the document officially registered
and placed on file in the office of the Placer County Clerk-Recorder.

DATE ISSUED      **07/27/2018**

RYAN RONCO
PLACER COUNTY CLERK-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Clerk-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT D

(Page 1 of 4)

WVMPRTFXUMAP08          9/12/2018 8:10:29 AM   PAGE   2/004    Fax Server



Estate, Business & Property Law

September 5, 2018

Aetna Life Insurance Company
PO Box 14560
Lexington, KY 40512-4560

RE: *Estate of Darrell Urata / Life Insurance Claim No. 18146510*

To Whom it May Concern:

I am writing you in the capacity of the legal representative of Linda Urata concerning the release of Darrell A. Urata's Life Insurance benefits in the above mentioned claim.

My client, Ms. Urata and Darrell were legally married at the time of his passing. However, Ms. Urata's mother-in-law requested the death certificate state the two were divorced, even though no divorce decree had been issued by the Family Court in California. We are working to get a corrected certified death certificate and/or Letters of Administration, if necessary for his estate.

Ms. Urata and Darrell had started dissolution proceedings, but had never finalized them. Under the terms set forth by the local Superior Court (which I have included with this letter), no assets were to be transferred while this proceeding was in process. This process was never finalized before the alleged change of beneficiary for Mr. Urata's life insurance policy.

Please let me know if you have any questions.

Sincerely yours,

Matthew Haas

MHH:jlw

305 Railroad Avenue, Suite 4 • Nevada City, California 95959 • 530.478.0803
Matthew H. Haas - matt@haaslawcorp.com • Stephen C. Haas - steve@haaslawcorp.com

(Page 2 of 4)

WVMPRTFXUMAP08        9/12/2018 8:10:29 AM  PAGE   1/004   Fax Server

# aetna℠
# Fax Message

**To:**      SIR

**Fax:**     8002386239

**From:**    Smith-Wallentine, Robin E

**Date:**    Wednesday, September 12, 2018 8:10:10 AM
**Pages (including this page):**    04
**Subject:**  Darrell Urata

SS# █████████

**Disclaimer:**
This message is intended only for the use of the individual or entity to which it is
addressed and may contain confidential and/or proprietary information.   If you are not
the intended recipient or the employee or agent responsible for delivering the message
to the intended recipient, you are hereby notified that any dissemination, distribution, or
copying of this communication is strictly prohibited.
If you received this communication in error, please notify the sender at the phone
number above.

**NOTICE TO RECIPIENT(S) OF INFORMATION:**
Information disclosed to you pertaining to alcohol or drug abuse treatment is protected
by federal confidentiality rules (42 CFR Part 2), which prohibit any further disclosure of
this information by you without the express written consent of the person to whom it
pertains or as otherwise permitted by 42 CFR Part 2.   A general authorization for the
release of medical or other information is NOT sufficient for this purpose.   The federal
rules restrict any use of the information to criminally investigate or prosecute any
alcohol or drug abuse patient.

DCN: 180912056862  TimeStamp: 08:15:50 am EST

(Page 3 of 4)

WVMPRTFXUMAP08        9/12/2018 8:10:29 AM   PAGE   3/004   Fax Server

**SUMMONS** (Family Law)

FL-110
**CITACIÓN** (Derecho familiar)

NOTICE TO RESPONDENT (Name):
AVISO AL DEMANDADO (Nombre):
**LINDA J. URATA**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED

NOV 3 – 2016

You have been sued. Read the information below and on the next page.
Lo han demandado. Lea la información a continuación y en la página siguiente.

Petitioner's name is:
Nombre del demandante:   **DARRELL A. URATA**

Superior Court of the
State of California
County of Nevada

CASE NUMBER (NÚMERO DE CASO):
**FL16-01303**

| You have 30 calendar days after this Summons and Petition are served on you to file a Response (form FL-120) at the court and have a copy served on the petitioner. A letter, phone call, or court appearance will not protect you. | Tiene 30 días de calendario después de haber recibido la entrega legal de esta Citación y Petición para presentar una Respuesta (formulario FL-120) ante la corte y efectuar la entrega legal de una copia al demandante. Una carta o una llamada telefónica o una audiencia de la corte no basta para protegerlo. |
|---|---|
| If you do not file your Response on time, the court may make orders affecting your marriage or domestic partnership, your property, and custody of your children. You may be ordered to pay support and attorney fees and costs. | Si no presenta su Respuesta a tiempo, la corte puede dar órdenes que afecten su matrimonio o pareja de hecho, sus bienes y la custodia de sus hijos. La corte también le puede ordenar que pague manutención, y honorarios y costos legales. |
| For legal advice, contact a lawyer immediately. Get help finding a lawyer at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), at the California Legal Services website (www.lawhelpca.org), or by contacting your local county bar association. | Para asesoramiento legal, póngase en contacto de inmediato con un abogado. Puede obtener información para encontrar un abogado en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en el sitio web de los Servicios Legales de California (www.lawhelpca.org) o poniéndose en contacto con el colegio de abogados de su condado. |
| NOTICE—RESTRAINING ORDERS ARE ON PAGE 2: These restraining orders are effective against both spouses or domestic partners until the petition is dismissed, a judgment is entered, or the court makes further orders. They are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them. | AVISO—LAS ÓRDENES DE RESTRICCIÓN SE ENCUENTRAN EN LA PÁGINA 2: Las órdenes de restricción están en vigencia en cuanto a ambos cónyuges o miembros de la pareja de hecho hasta que se despida la petición, se emita un fallo o la corte dé otras órdenes. Cualquier agencia del orden público que haya recibido o visto una copia de estas órdenes puede hacerlas acatar en cualquier lugar de California. |
| FEE WAIVER: If you cannot pay the filing fee, ask the clerk for a fee waiver form. The court may order you to pay back all or part of the fees and costs that the court waived for you or the other party. | EXENCIÓN DE CUOTAS: Si no puede pagar la cuota de presentación, pida al secretario un formulario de exención de cuotas. La corte puede ordenar que usted pague, ya sea en parte o por completo, las cuotas y costos de la corte previamente exentos a petición de usted o de la otra parte. |

(SEAL)

1.  The name and address of the court are (El nombre y dirección de la corte son):
   **NEVADA COUNTY SUPERIOR COURT**
   **201 CHURCH STREET STE 5**
   **NEVADA CITY  CA  95959**

2.  The name, address, and telephone number of the petitioner's attorney, or the petitioner without an attorney, are: (El nombre, dirección y número de teléfono del abogado del demandante, o del demandante si no tiene abogado, son):
   **DARRELL A. URATA**
   **23367 SHADOW DR**
   **AUBURN  CA  95602**
   **530.305.8888**

S. WEYAND

NOV 3 – 2016

Date (Fecha):                    Clerk, by (Secretario, por) _____, Deputy (Asistente)



Page 1 of 2

Form Adopted for Mandatory Use   Connie Crockett (530) 265-0192
Judicial Council of California
FL-110 [Rev. January 1, 2015]   Legal Document Assistant
         208 Providence Mine Rd. Ste.115
Martin Dean's   Nevada City, CA 95959
ESSENTIAL FORMS™   Reg. # 2008-004 Nev. Co. Exp. 11-18

**SUMMONS**
(Family Law)

Family Code, §§ 232, 233, 2024.7, 2040, 7700;
Code of Civil Procedure, §§ 412.20, 416.60–416.90
www.courts.ca.gov

**URATA, DARRELL A.**

DCN: 180912056862   TimeStamp: 08:15:50 am EST

(Page 4 of 4)

WVMPRTFXUMAP08        9/12/2018 8:10:29 AM   PAGE   4/004    Fax Server

## STANDARD FAMILY LAW RESTRAINING ORDERS

Starting immediately, you and your spouse or domestic partner are restrained from:

1. removing the minor children of the parties from the state or applying for a new or replacement passport for those minor children without the prior written consent of the other party or an order of the court;

2. cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties and their minor children;

3. transferring, encumbering, hypothecating, concealing, or in any way disposing of any property, real or personal, whether community, quasi-community, or separate, without the written consent of the other party or an order of the court, except in the usual course of business or for the necessities of life; and

4. creating a nonprobate transfer or modifying a nonprobate transfer in a manner that affects the disposition of property subject to the transfer, without the written consent of the other party or an order of the court. Before revocation of a nonprobate transfer can take effect or a right of survivorship to property can be eliminated, notice of the change must be filed and served on the other party.

You must notify each other of any proposed extraordinary expenditures at least five business days prior to incurring these extraordinary expenditures and account to the court for all extraordinary expenditures made after these restraining orders are effective. However, you may use community property, quasi-community property, or your own separate property to pay an attorney to help you or to pay court costs.

**NOTICE—ACCESS TO AFFORDABLE HEALTH INSURANCE:** Do you or someone in your household need affordable health insurance? If so, you should apply for Covered California. Covered California can help reduce the cost you pay towards high quality affordable health care. For more information, visit www.coveredca.com. Or call Covered California at 1-800-300-1506.

**WARNING—IMPORTANT INFORMATION**
California law provides that, for purposes of division of property upon dissolution of a marriage or domestic partnership or upon legal separation, property acquired by the parties during marriage or domestic partnership in joint form is presumed to be community property. If either party to this action should die before the jointly held community property is divided, the language in the deed that characterizes how title is held (i.e., joint tenancy, tenants in common, or community property) will be controlling, and not the community property presumption. You should consult your attorney if you want the community property presumption to be written into the recorded title to the property.

## ÓRDENES DE RESTRICCIÓN ESTÁNDAR DE DERECHO FAMILIAR

En forma inmediata, usted y su cónyuge o pareja de hecho tienen prohibido:

1. llevarse del estado de California a los hijos menores de las partes, o solicitar un pasaporte nuevo o de repuesto para los hijos menores, sin el consentimiento previo por escrito de la otra parte o sin una orden de la corte;

2. cobrar, pedir prestado, cancelar, transferir, deshacerse o cambiar el nombre de los beneficiarios de cualquier seguro u otro tipo de cobertura, como de vida, salud, vehículo y discapacidad, que tenga como beneficiario(s) a las partes y su(s) hijo(s) menor(es);

3. transferir, gravar, hipotecar, ocultar o deshacerse de cualquier manera de cualquier propiedad, inmueble o personal, ya sea comunitaria, cuasicomunitaria o separada, sin el consentimiento escrito de la otra parte o una orden de la corte, excepto en el curso habitual de actividades personales y comerciales o para satisfacer las necesidades de la vida; y

4. crear o modificar una transferencia no testamentaria de manera que afecte la asignación de una propiedad sujeta a transferencia, sin el consentimiento por escrito de la otra parte o una orden de la corte. Antes de que se pueda eliminar la revocación de una transferencia no testamentaria, se debe presentar ante la corte un aviso del cambio y hacer una entrega legal de dicho aviso a la otra parte.

Cada parte tiene que notificar a la otra sobre cualquier gasto extraordinario propuesto por lo menos cinco días hábiles antes de realizarlo, y rendir cuenta a la corte de todos los gastos extraordinarios realizados después de que estas órdenes de restricción hayan entrado en vigencia. No obstante, puede usar propiedad comunitaria, cuasicomunitaria o suya separada para pagar a un abogado que lo ayude o para pagar los costos de la corte.

**AVISO—ACCESO A SEGURO DE SALUD MÁS ECONÓMICO:**
¿Necesita seguro de salud a un costo asequible, ya sea para usted o alguien en su hogar? Si es así, puede presentar una solicitud con Covered California. Covered California lo puede ayudar a reducir el costo que paga por seguro de salud asequible y de alta calidad. Para obtener más información, visite www.coveredca.com. O llame a Covered California al 1-800-300-0213.

**ADVERTENCIA—INFORMACIÓN IMPORTANTE**
De acuerdo a la ley de California, las propiedades adquiridas por las partes durante su matrimonio o pareja de hecho en forma conjunta se consideran propiedad comunitaria para fines de la división de bienes que ocurre cuando se produce una disolución o separación legal del matrimonio o pareja de hecho. Si cualquiera de las partes de este caso llega a fallecer antes de que se divida la propiedad comunitaria de tenencia conjunta, el destino de la misma quedará determinado por las cláusulas de la escritura correspondiente que describen su tenencia (por ej., tenencia conjunta, tenencia en común o propiedad comunitaria) y no por la presunción de propiedad comunitaria. Si quiere que la presunción comunitaria quede registrada en la escritura de la propiedad, debería consultar con un abogado.

FL-110 (Rev. January 1, 2015)    Martin Dean's **ESSENTIAL FORMS™**

**SUMMONS** (Family Law)                    URATA, DARRELL A.                    Page 2 of 2

# EXHIBIT E

(Page 4 of 5)

MVMPRTFXUMAP05          10/26/2018 2:50:23 PM  PAGE   4/005   Fax Server

# aetna®

Aetna Life Insurance Service Center
P.O. Box 14549
Lexington, KY 40512-4549
Telephone Number: 1-800-523-5065
Fax Number: 1-800-238-6239

October 26, 2018

Keith Urata

Citrus Heights, CA 95610

RE:   Insured:          Darrell Urata
      Plan Sponsor:     Performance Food Group
      Control Number:   809843

Dear Mr. Urata:

We extend to you our sincere sympathy for the loss of Darrell Urata. We have your group life insurance claim. We understand that this is a trying time, and want to review your claim quickly. This claim is currently pending for review of the group life benefits. There is currently another party who is making a claim for the funds.  We are currently working to review the claim of that individual.  You will get a status of your claim within 30 days of this letter.

### Where do I send my information?
Write down the name and social security number of the insured on each record you send to us. You can fax or mail us your information. Our toll-free fax number is **1-800-238-6239**. Our mailing address is **Aetna Life Insurance Company, P.O. Box 14549, Lexington, KY 40512-4549**.

### Questions?
Have any questions? We're here if you need us. You can call me our Customer Service Center toll-free at **1-800-523-5065**. We're happy to help you. Our Customer Service Center hours are Monday through Friday, 8 a.m. to 7 p.m., EST.

**\*Illinois Residents**-Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767. (Eff. 7/2/2014)

Sincerely,

Angela Prather, Life Claim Analyst
Aetna Life Insurance Company

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

©2018 Aetna Inc.

DCN: 181026099962  TimeStamp: 02:53:42 pm EST

# EXHIBIT F

(Page 5 of 5)

MVMPRTFXUMAP05          10/26/2018 2:50:23 PM  PAGE    5/005    Fax Server



Aetna Life Insurance Service Center
P.O. Box 14549
Lexington, KY 40512-4549
Telephone Number: 1-800-523-5065
Fax Number: 1-800-238-6239

October 26, 2018

Linda Urata

Auburn, CA 95602

RE:   Insured:          Darrell Urata
      Plan Sponsor:     Performance Food Group
      Control Number:   809843

Dear Mrs. Urata:

We extend to you our sincere sympathy for the loss of Darrell Urata. We have your group life
insurance claim. We understand that this is a trying time, and want to review your claim quickly.
This claim is currently pending for review of the group life benefits. You will get a status of your
claim within 30 days of this letter.

**Where do I send my information?**
Write down the name and social security number of the insured on each record you send to us.
You can fax or mail us your information. Our toll-free fax number is **1-800-238-6239**. Our mailing
address is **Aetna Life Insurance Company, P.O. Box 14549, Lexington, KY 40512-4549**.

**Questions?**
Have any questions? We're here if you need us. You can call me our Customer Service Center
toll-free at **1-800-523-5065**. We're happy to help you. Our Customer Service Center hours are
Monday through Friday, 8 a.m. to 7 p.m., EST.

**\*Illinois Residents**-Part 919 of the Rules of the Illinois Department of Insurance requires that our company advise you
that, if you wish to take this matter up with the Illinois Department of Insurance, it maintains a Consumer Division in
Chicago at 122 S. Michigan Ave., 19th Floor, Chicago, Illinois 60603 and in Springfield at 320 West Washington Street,
Springfield, Illinois 62767. (Eff. 7/2/2014)

Sincerely,

Angela Prather, Life Claim Analyst
Aetna Life Insurance Company

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies,
including Aetna Life Insurance Company and its affiliates (Aetna).

©2018 Aetna Inc.

DCN: 181026099962  TimeStamp: 02:53:42 pm EST

# EXHIBIT G

(Page 3 of 5)

MVMPRTFXUMAP06          10/31/2018 11:41:38 AM  PAGE   3/005   Fax Server



Aetna Life Insurance Service Center
P.O. Box 14549
Lexington, KY 40512-4548
Telephone Number: 1-800-523-5065
Fax Number: 1-800-238-6239

October 31, 2018

Haas Law Corporation
Attn: Matthew Haas
305 Railroad Ave, Suite 4
Nevada City, CA 95959

RE: Plan Sponsor:      Performance Food Group, Inc.
    Control No.:       809843
    Employee:          Darrell A. Urata
    Your Client:       Linda Urata

Dear Mr. Haas:

This letter is in response to your client's claim for Group Life Insurance benefits as a result of the death of Darrell A. Urata under the Performance Food Group, Inc. benefit plan (the "Plan"). This Plan is funded by a policy of group life insurance issued by Aetna Life Insurance Company ("Aetna") to Performance Food Group, Inc., under control number 809843 (the "Policy").

We have completed our review of your client's claim for Group Life Insurance benefits and have determined that the information received in support of this claim has not established that payment be made to your client. Accordingly, Group Life Insurance benefits are not payable to your client under the terms of the Policy.

In order to be entitled to Group Life Insurance benefits under the Policy, certain requirements must be met. These requirements are found under the "Naming Your Beneficiary" section of the Policy, which states:

*A beneficiary is the person you designate to receive life benefits if you should die while you are covered. You may name anyone you wish as your beneficiary. You may name more than one beneficiary. You will need to complete a beneficiary designation form, which you can get from your employer.*

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

©2018 Aetna Inc.

DCN: 181031072832  TimeStamp: 11:45:46 am EST

(Page 4 of 5)

MVMPRTFXUMAP06          10/31/2018 11:41:38 AM  PAGE   4/005   Fax Server

*You may change your beneficiary choice at any time by completing a new beneficiary designation form. Send the completed form to your employer or to Aetna. The beneficiary change will be effective on the date you sign a new beneficiary designation form.*

*Prior to your death, you are the only person who can name or change your beneficiary. No other person may change your beneficiary on your behalf, including, but not limited to, any agent under power of attorney, whether durable or non-durable, or other power of appointment.*

*Aetna pays life insurance benefits in accordance with the beneficiary designation it has on record.*

We based our decision to deny your client's claim for Group Life Insurance benefits on the requirements of the Policy and all of the documents contained in the claim file, including the following specific information:

1. State of California Certificate of Death issued July 24, 2018;
2. Beneficiary Designation Changes Screenshot;
3. Your letter dated September 5, 2018;
4. Superior Court of the State of California County of Nevada court order; and
5. Letter from your client dated October 12, 2018.

Documentation in our file submitted by Performance Food Group, Inc. indicates that Darrell A. Urata does have a beneficiary designation on file for his Group Life Insurance coverage which does name someone other than your client. Since Mr. Urata does have a beneficiary designation, Aetna must pay benefits to the designated beneficiary(s) per the terms of the Policy.

We are in receipt of your letter dated September 5, 2018. We are also in receipt of your client's letter dated October 12, 2018 requesting payment be made to her since it was court ordered that Mr. Urata not change his beneficiary. However, the court order is not specific to the Aetna Group Life Insurance benefits. Aetna must pay benefits to the named beneficiary(s) per the terms of the Policy. Since the court order is not specific to the Aetna Group Life Insurance benefits and your client is not the named beneficiary, we must respectfully deny the request for payment to be made to your client.

If you have any additional information, not previously submitted, which you believe will assist us in evaluating your client's claim for Group Life Insurance benefits please forward that to us for our consideration within sixty (60) days from the date of your receipt of this letter. In particular, the following information would assist us in further evaluating your claim for benefits and could affect our benefit determination:

1. Written documentation that would prove, for this claim, Darrell A. Urata designated your client to be the primary beneficiary of his Group Life Insurance

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

©2018 Aetna Inc.

DCN: 181031072832  TimeStamp: 11:45:46 am EST

benefits; and that designation was made by Darrell A. Urata; and that designation was the most recent beneficiary designation; and that designation was on file with Performance Food Group, Inc. and/or Aetna at the time of Mr. Urata's death.

If you disagree with this determination of benefits, you have a right to a review of the decision and to bring a civil action under Section 502(a) of the Employee Retirement Income Security Act of 1974 (ERISA) if the denial is upheld on an appeal. Aetna Life Insurance Company will review any additional evidence you submit, including but not limited to:

- The specific information listed above, and
- Any other claim information or documentation you believe would assist us in reviewing your claim.

To obtain a review, please submit a written request to Aetna's Life Claim Service Center. The request should include the Group Plan Sponsor's Name (e.g., employer), the covered person's name and Social Security Number; and the issues and comments and any documents, records, or other information that you would like to have considered. The request for review must be mailed or delivered within 60 days following receipt of this explanation. Ordinarily, you will receive notification of the final determination within 60 days following receipt of your request. If special circumstances require an extension of time, you will be notified of such extension during the 60 days following receipt of the request.

You may contact the California Department of Insurance at the address indicated below:

California Department of Insurance
Claim Services Bureau
300 South Spring Street, South Tower
Los Angeles CA 90013
1-800-927-HELP or 213-897-8921

**In order to avoid delays when responding to this letter, please include the name and Social Security Number for the covered person or deceased in all correspondence.**

Sincerely,

*Josie Cuoco*

Josie Cuoco, Senior Life Claim Analyst
Aetna Life Insurance Company

Aetna is the brand name used for products and services provided by one or more of the Aetna group of subsidiary companies, including Aetna Life Insurance Company and its affiliates (Aetna).

©2018 Aetna Inc.

DCN: 181031072832  TimeStamp: 11:45:46 am EST

# EXHIBIT H

MVMPRTFXUMAP07          12/21/2018 3:45:14 PM   PAGE    2/004    Fax Server



**Estate, Business & Property Law**

December 13, 2018

Aetna Life Insurance Company
P.O. Box 14560
Lexington, KY 40512-4560

RE: *Estate of Darrell Urata- Appeal of Life Insurance Claim No. 18146510*

To Whom It May Concern:

As you know, my office represents the decedent, Darrell Urata's wife Linda Urata. In response to my September 5, 2018 letter, Aetna stated it would honor the decedent's request to change the beneficiary of his life insurance policy from his wife, Linda Urata, to his brother, Keith Urata. I am appealing Aetna's decision on the grounds that the change of beneficiary was made in violation of California law.

California Family Code section 2040 provides " . . . the summons [for nullity, dissolution, and legal separation] shall contain a temporary restraining order . . . (3) **Restraining both parties from cashing, borrowing against, canceling, transferring, disposing of, or changing the beneficiaries of any insurance or other coverage, including life, health, automobile, and disability, held for the benefit of the parties** and their child or children for whom support may be ordered." In sum, in California, once a party files and serves a petition for marital dissolution, a temporary restraining order is put in place preventing both parties to the marriage from transferring community property assets including changing beneficiaries of a life insurance policy. This temporary restraining order terminates when the petition is dismissed or a final judgment is issued.

The decedent filed the petition for dissolution of his marriage to Linda Urata on or about November 3, 2016: Nevada County Superior Court case no. FL16-013033. According to the Court's file, the petition was not dismissed and no final judgment was issued prior to the decedent's death on July 2, 2018. Therefore, if Mr. Urata changed the beneficiary on his life insurance policy from Linda Urata to Keith Urata between November 3, 2016 and July 2, 2018, this change was done in violation of California law. Since Aetna is not in the habit of violating state laws, I request that Aetna distribute the decedent's life insurance policy to the last valid beneficiary, Linda Urata. If Aetna distributes the life insurance funds to Keith Urata, Linda Urata will be forced to sue Aetna and Keith Urata for the unlawful distribution and outstanding funds.

305 Railroad Avenue, Suite 4 ∘ Nevada City, California 95959 ∘ 530.478.0803

Matthew H. Haas - matt@haaslawcorp.com ∘ Stephen C. Haas - steve@haaslawcorp.com

DCN: 181221107156  TimeStamp: 03:47:50 pm EST

(Page 4 of 4)

Please either distribute the life insurance benefits to Linda Urata or interplead the funds to the Nevada County Superior Court until the proper beneficiary may be determined as a matter of law.

Thank you for your attention to and assistance with this matter.

Sincerely yours,

Kirstin A. Glass

KAG:jlw

1217180003

DCN: 181221107156  TimeStamp: 03:47:50 pm EST

# EXHIBIT I

(Page 2 of 3)

_Legacy Law Group_

April 22, 2019

_Phone_    _Fax_
916 643 2000   916 643 2020
_Web_
www.colegacylaw.com

180 Promenade Cir
Suite 120    Sacramento
Ca 95834

**Sent Via Facsimile Transmission to 1(800)238-6239**

Aetna
Life Insurance

RE: **Life Insurance Claim Re: Insured: Darrell Urata (SSN:**      **)**
     **Named Beneficiaries: Lori Edwards & Keith Edwards**

Dear Aetna:

     We represent Lori Edwards and Keith Urata in their claim as the named beneficiaries of the life insurance policy held at Aetna for the life of Darrell Urata.

     Darrell Urata died on July 2, 2018. At his death, Darrell Urata's life was insured by your company and Lori Edwards and Keith Urata are the named beneficiaries to the policy. As the named beneficiaries and therefore the rightful payees of the claims under the terms of the life insurance plan, we request the prompt payment of the policy proceeds to Lori Edwards and Keith Urata.

     Aetna, as a holder of Darrell's life insurance policy, which is a non probate transfer under Cal. Probate Code section 5000(a), may transfer the proceeds of the life insurance policy that satisfies the terms of the terms of the life insurance policy, whether or not the transfer is consistent with the beneficial ownership of the property as between the person who executed the provision for transfer of the property and other persons having an interest in the property or their successors, and whether or not the transfer is consistent with the rights of the person named as beneficiary. (Cal. Prob. Code §5003(a)).

     We are aware that an illegitimate claim has been made by the non named beneficiary estranged spouse of Darrell Urata, Linda Urata. As the **non-named beneficiary**, Linda Urata should not receive any payment by Aetna for the policy. California Law is clear that it allows a life insurance company to pay out to the named beneficiaries regardless if the payment is consistent with the rights of the individuals named as the beneficiary. (Cal. Prob. Code §5003(a)). Should Ms. Urata believe she has a claim to these funds, her recourse is filing an action through the court system after a payout by Aetna to the named beneficiaries. She has no claim to force Aetna to make a payout that contravenes the written beneficiary designations and should Aetna pay out the policy to Linda Urata, the non-named beneficiary, it would expose Aetna to unnecessary liability for an action by the named beneficiaries to the life insurance policy.

DCN: 190422128669 TimeStamp: 01:23:02 pm EST

(Page 3 of 3)

Aetna
April 22, 2019
Page 2

We additionally request that you provide us with Aetna's life insurance policy terms and the dates that the beneficiary designations were made by Darrell Urata.

I look forward to hearing from you soon.  Please contact me by phone at (916) 643-2000, ext. 104, or by email at Allison.bellumori@calegacylaw.com.

Sincerely,

Allison Bellumori

Allison K. Bellumori, Esq.

cc:   Lori Edwards
Keith Urata

190422128669   TimeStamp: 01:23:02 pm EST