# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AETNA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LINDA URATA, an individual, KEITH URATA, an individual, and LORI EDWARDS, an individual, | Case No. 2:19-cv-00908-TLN-EFB<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW DEPOSIT OF INTERPLEADER FUNDS WITH COURT; DISCHARGE AND DISMISSAL, AND RELEASE OF PLAINTIFF AETNA LIFE INSURANCE COMPANY; AWARD FOR ATTORNEY FEES TO PLAINTIFF AETNA LIFE INSURANCE COMPANY AND FOR ODER TO CLERK TO DISBURSE FUNDS FOR PAYMENT OF AWARD; AND DISMISSAL OF COMPLAINT IN INTERPLEADER** |

Based upon the parties' joint stipulation for (1) order to allow deposit of interpleader funds; (2) discharge, dismissal and release of Plaintiff Aetna Life Insurance Company ("Aetna"); (3) award for attorney fees to Aetna Life Insurance Company; (4) order to disburse interplead funds; and (5) dismissal of complaint in interpleader, the court, for good cause shown, GRANTS the stipulation and issues the following Order:

**ORDER GRANTING JOINT STIPULATION TO ALLOW DEPOSIT OF FUNDS; DISCHARGE, DISMISSAL AND RELEASE OF AETNA LIFE INSURANCE COMPANY**

IT IS HEREBY ORDERED that:

1. The Clerk of Court shall accept for deposit a check for $54,000 plus accrued interest, to be tendered by Aetna within fourteen (14) days of this Order;

2. The funds so deposited shall be maintained in an interest-bearing account previously approved for such purposes;

3. From the funds to be deposited with the Clerk of Court, Aetna is awarded $3,677.00, for its costs and reasonable attorneys' fees incurred in bringing and maintaining this action. This amount shall be disbursed to "Aetna Life Insurance Company, care of its attorney of record, Cindy Rucker, Maynard, Cooper & Gale LLP."

4. The remaining funds to be deposited with the Clerk of Court shall be disbursed to Defendant Linda Urata;

5. Defendants Keith Urata and Lori Edwards shall receive none of the interplead funds.

6. IT IS FURTHER ORDERED THAT Aetna is discharged from any further liability arising under the Policy and is dismissed from this action with prejudice;

7. IT IS FURTHER ORDERED THAT the Policy is void and of no further force and effect;

8. IT IS FURTHER ORDERED that Aetna and all of its present, former, and future officers, directors, shareholders, employers, employees, parents, subsidiaries, affiliates, reinsurers, insurers, administrators, agents, predecessors, successors, attorneys and assigns, including those of its affiliates and parent companies shall be and hereby are dismissed from this action with prejudice and forever discharged, released, and relieved from all further liability or responsibility to all of the Defendants named herein, and also to any other persons or entities whether claiming by, through, or under any said individuals and entities, in any way arising out of or in any way connected with the Policy, the proceeds payable under the Policy by reason of

**ORDER GRANTING JOINT STIPULATION TO ALLOW DEPOSIT OF FUNDS; DISCHARGE, DISMISSAL AND RELEASE OF AETNA LIFE INSURANCE COMPANY**

the death of Darrell Urata, this interpleader action, and/or the facts set forth herein.

9. IT IS FURTHER ORDERED THAT Defendants, and each of them, are, during the pendency of this action and permanently, enjoined and restrained from instituting, prosecuting, or taking any farther steps or proceedings against Aetna, its owners, shareholders, partners, officers, officers, directors, employees, agents, general agents, legal representatives, predecessors, successors, assignees, parent corporations, subsidiaries, affiliates, attorneys, re-insurers, and insurers in any action, suit or proceeding, relating to or on account of the filing of this Interpleader action, in any way arising out of or in any way connected with the Policy which is the subject of this Interpleader action, or the benefits payable under the Policy, this Interpleader action itself and/or the facts set forth in the Complaint in Interpleader;

10. IT IS FURTHER ORDERED THAT the Complaint in Interpleader filed by Aetna in this action shall be dismissed with prejudice as to all defendants, with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: October 21, 2019

Troy L. Nunley
United States District Judge

**ORDER GRANTING JOINT STIPULATION TO ALLOW DEPOSIT OF FUNDS; DISCHARGE, DISMISSAL AND RELEASE OF AETNA LIFE INSURANCE COMPANY**